# UNITED STATES DISTRICT COURT

for the
Southern District of Illinois

| | |
|---|---|
| Glenn Cook _____ ) | Case Number: __24-1152-DWD__ |
| _____ ) | *(Clerk's Office will provide)* |
| _____ ) | |
| _____ ) | |
| *Plaintiff(s)/Petitioner(s)* ) | |
| v. ) | ☐ CIVIL RIGHTS COMPLAINT |
| ) | pursuant to 42 U.S.C. §1983 (State Prisoner) |
| United States of America; ) | ☐ CIVIL RIGHTS COMPLAINT |
| Clinical Director Dr. R. Pass; ) | pursuant to 28 U.S.C. §1331 (Federal Prisoner) |
| Physician's Asst. L. Brooks; ) | ☒ CIVIL COMPLAINT |
| Health Admin. E. Harbison; et al.) | pursuant to the Federal Tort Claims Act, 28 U.S.C. |
| *Defendant(s)/Respondent(s)* ) | §§1346, 2671-2680, or other law |

## I.   JURISDICTION

**Plaintiff:**

A.   Plaintiff's mailing address, register number, and present place of confinement.

    Glenn Cook (Reg. No. 24122-001
    FCI Thomson
    P.O. Box 1002
    Thomson, IL 61285
    (Located at 1 Mile Road, Thomson, IL 61285)

**Defendant #1:**

B.   Defendant __Clinical Director Dr. R. Pass__ is employed as
             (a)      (Name of First Defendant)

__Clinical Director_____
             (b)           (Position/Title)

with __BOP, USP Marion, 4500 Prison Rd., Marion, IL 62959__
             (c)      (Employer's Name and Address)

_____

At the time the claim(s) alleged this complaint arose, was Defendant #1 employed by the state, local, or federal government?   ☐ Yes   ☐ No

If your answer is YES, briefly explain: Clinical Director R. Pass is responsible for the day-to-day oversight of medical examination, testing, treatment and general health of inmates confined at BOP, USP Marion.

Rev. 10/3/19

1

**Defendant #2:**

C.   Defendant <u>Physician's Assit. L. Brooks</u> is employed as

(Name of Second Defendant)

<u>Physician's Assistant</u>

(Position/Title)

with <u>BOP, USP Marion, 4500 Prison Rd., Marion, IL 62959</u>

(Employer's Name and Address)

_____

At the time the claim(s) alleged in this complaint arose, was Defendant #2 employed by the state, local, or federal government?   ☒ Yes   ☐ No

If you answer is YES, briefly explain: Physician's Asst. L. Brook is responsible for the day-to-day oversight of medical examination, testing, treatment and general health of inmates confined at BOP, USP-Marion.

**Additional Defendant(s) (if any):**

D.   Using the outline set forth above, identify any additional Defendant(s).

Defendant <u>Health Administrator E. Harbison</u>

<u>Health Administrator</u>

with <u>BOP, USP-Marion, 4500 Prison Rd., Marion, IL 62959</u>

At the time the claim(s) alleged in this complaint arose, was Defendant #3 employed by the state, local, or federal government? X Yes.

(Explain): Health Administrator E. Harbison is responsible for the day-to-day oversight of medical examination, testing, treatment and general health of inmates confined at BOP, USP-Marion.
Specifically, she was responsible for ensuring that inmates with requisite medical needs are scheduled for, taken to, medical visits to the external providers.

2

Rev. 10/3/19

Defendant #4

E.

Defendant Optometrist Dr. K. Bugg          is employed as
Optommetrist

with BOP, USP-Marion, 4500 Prison Rd. Marion, IL 62959.

At the time the claim(s) alleged in this complaint arose, was
Defendant #4 employed by the state, local, or federal
government? X Yes.

(Explain): Optometrist Dr. K. Bugg is responsible for the
testing and treatment of eyes.

Defendant #5

F.

Defendant Warden, D. Sproul          is employed as

Warden

with BOP, USP-Marion, 4500 Prison Rd., Marion, IL 62959

At the time the claim(s) alleged in this complaint arose,
was Defendant #5 employed by the state, local, or federal
governmant? X Yes.

(Expplain): Warden, D. Sproul is responsible, in whole or
part, for the day-to-day operations and conditions of
USP_Marion, and for the healfety of inmates confined within.

Defendant #6

G.    Defendant United States of America

## II.   PREVIOUS LAWSUITS

A.   Have you begun any other lawsuits in state or federal court while you were in prison or jail (during either your current or a previous time in prison or jail), e.g., civil actions brought under 42 U.S.C. § 1983 (state prisoner), 28 U.S.C. § 1331 (federal prisoner), 28 U.S.C. §§ 1346, 2671-2680, or other law?   ☐Yes ☒No

B.   If your answer to "A" is YES, describe each lawsuit in the space below.  If there is more than one lawsuit, you must describe the additional lawsuits on another sheet of paper using the same outline.  **List ALL lawsuits in any jurisdiction and indicate the court where they were filed to the best of your ability,** including those that resulted in the assessment of a "strike" under 28 U.S.C. § 1915(g) and/or those that were dismissed for being frivolous, malicious, or for failure to state a claim (see 28 U.S.C. § 1915A; 28 U.S.C. § 1915(e)(2); Federal Rule of Civil Procedure 12(b)(6)).  FAILURE TO FULLY DISCLOSE YOUR LITIGATION HISTORY, INCLUDING "STRIKES," MAY RESULT IN SANCTIONS THAT INCLUDE DISMISSAL OF THIS ACTION.

1.   Parties to previous lawsuits: Plaintiff(s):   N/A

Defendant(s):   N/A

2.   Court (if federal court, name of the district; if state court, name of the county):   N/A

3.   Docket number:   N/A

4.   Name of Judge to whom case was assigned:   N/A

5.   Type of case (for example: Was it a habeas corpus or civil rights action?):   N/A

6.   Disposition of case (for example: Was the case dismissed?  Was it appealed?  Is it still pending?):   N/A

7.    Approximate date of filing lawsuit:

N/A

8.    Approximate date of disposition:

N/A

9.    Was the case dismissed as being frivolous, malicious, or for failure to state a claim upon which relief may be granted and/or did the court tell you that you received a "strike?"

N/A

## III.    GRIEVANCE PROCEDURE

A.    Is there a prisoner grievance procedure in the institution? ☒ Yes    ☐ No

B.    Did you present the facts relating to your complaint in the prisoner grievance procedure?                        ☒ Yes    ☐ No

C.    If your answer is YES,
1.    What steps did you take? Filed FTCA Claim Form 95

2.    What was the result?    Denied

D.    If your answer is NO, explain why not.

N/A

E.    If there is no prisoner grievance procedure in the institution, did you complain to prison authorities?                        ☐ Yes    ☐ No

N/A

F.    If your answer is YES,
1.    What steps did you take?

N/A

Rev. 10/3/19                        5

2.    What was the result?

N/A

G.    If your answer is NO, explain why not.

N/A

H.    Attach copies of your request for an administrative remedy and any response you received.  If you cannot do so, explain why not:

N/A

## IV.   STATEMENT OF CLAIM

A.   State here, as briefly as possible, when, where, how, and by whom you feel your constitutional rights were violated. Do not include legal arguments or citations. If you wish to present legal arguments or citations, file a separate memorandum of law. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. If your claims relate to prison disciplinary proceedings, attach copies of the disciplinary charges and any disciplinary hearing summary as exhibits. You should also attach any relevant, supporting documentation.

1. When: Year 2021... D. Spraul-Warden failed to ensure the proper prevention of medical treatment that resulted in blindness, improper treatment or failure to treat in a reasonable timely manor by his supervision over medical staff. Dr. Staff, Dr. Pass, E. Harbison, Dr. K Bugg and their failure to treat Mr. Cooks or properly treat his detatched retina and then his macular hole, which improper or failure treatment resulted his right eye to go blind - prescribed eye drops for all medical records  that resulted in damages/

2. Whom: (Violated Constitutional Rights)
Warden, D. Spraul; Dr. R. Pass (Clinical Director); L. Brooks (Pysician's Assit.); Dr. K. Bugg  (Optometrist); E. Harbison (Health Admin)

5. Claim: Plaintiff brings this suit sunder the Federal Tort Claims Act ("FTCA"), 28 U.S.C. §2671, et seq. for the following:

    a. Negligence and / or professional malpractice in care and treatment provided to him by individual defendants within the scope of their employment with the United States Bureau of Prisons; and
    b. As a direct result of Defendant's wrongful acts and omissions, Plaintiff suffered irreversable harm and catastrophic injuries which he now seeks compensation of Five Million Dollars ($5,000,000).

Note: (Fact) - Email #1 - Date Mr. Cook notified medical of his eye problem. See Exhibit A-1
Email #2 - Date optometrist answered back to Mr. Cook. See Exhibit A-2

V.    **REQUEST FOR RELIEF**

State exactly what you want this court to do for you. If you are a state or federal prisoner and seek relief which affects the fact or duration of your imprisonment (for example: illegal detention, restoration of good time, expungement of records, or parole), you must file your claim on a habeas corpus form, pursuant to 28 U.S.C. §§ 2241, 2254, or 2255. Copies of these forms are available from the clerk's office.

1. Order all defendants to answer
2. Bench trial
3. Hold evidentiary Hearing
4. Hold defendant liable
5. Damages in the amount of $5,000,000.00

VI.    **JURY DEMAND** (*check one box below*)

The plaintiff ☐ does ☒ does not request a trial by jury.

Bench Trial

## DECLARATION UNDER FEDERAL RULE OF CIVIL PROCEDURE 11

I certify to the best of my knowledge, information, and belief, that this complaint is in full compliance with Rule 11(a) and 11(b) of the Federal Rules of Civil Procedure. The undersigned also recognizes that failure to comply with Rule 11 may result in sanctions.

Signed    03-17-2024
on:              (date)

_____
Signature of Plaintiff

P.O. Box 1002
_____
Street Address

Glenn Cook
_____
Printed Name

Thomson, IL 61285
_____
City, State, Zip

24122-001
_____
Prisoner Register Number

Glenn Cook  Pro Se
_____
Signature of Attorney (if any)

Rev. 10/3/19                                    8



Glenn Cook #24122-001
United States Penitentiary Thomson
P.O. Box 1002
Thomson, Il. 61285

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
BENTON OFFICE

RECEIVED
APR 22 2024

Clerk
U.S. District Court
301 W. Main Street
Benton, IL. 62812

MAIL CLEARED
U.S. MARSHALS

FREEDOM FOREVER/USA

Glenn Cook

Reg. No. 24122-001

Federal Correction Institution

P.O. Box 1002

Thomson, IL  61285

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF ILLINOIS

Glenn Cook,                              Case No.

    Plaintiff,

v.

United States of America;                MEMORANDUM OF LAW

Clinical Director Dr. R. Pass;

Physician's Asst. L. Brooks;

Health Admin. E. Harbison;

Optometrist Dr. K. Bugg;

Warden, D. Sproul, USP-Marion.

    Defendants.

Plaintiff, Glenn Cook, (at times referred to as "Mr. Cook"), Pro Se, respectfully alleges and tenders the following as his MEMORANDUM OF LAW against the United States of America; Clinical Director Dr. R. Pass; Physician's Asst. L. Brooks; Health Admin E. Harbison; Optometrist Dr. K. Bugg; Warden, D. Sproul, USP-Marion, (collectively known as the "Defendants").

-1-

PRELIMINARY STATEMENT

1. Plaintiff brings this suit under the Federal Tort Claims Act ("FCTA"), 28 U.S.C. § 2671, et seq., for negligence and/or professional malpractice in connection with the care and treatment provided to him by individual defendants within the scope of their employment with the United States Bureau of Prisons.

2. As a direct result of Defendants' wrongful acts and omissions, Plaintiff Glenn Cook suffered permanent and catastrophic injuries for which he now seeks a judicial remedy.

JURISDICTION AND VENUE

3. This Court has subject matter jurisdiction over the subject matter of this Complaint under the United States Constitution and 28 U.S.C. §§ 1331 and 1346(b).

4. This Court has Personal Jurisdiction over the Defendants because the alleged incidents occurred within the confines of this Court.

5. Venue is proper within the United States District Court for the Southern District of Illinois under 28 U.S.C. §§ 1391 and 1402(b) in that a substantial part of the events giving rise to the claim occurred within the boundaries of the Southern District of Illinois.

CONDITIONS PRECEDENT TO THIS LAWSUIT

6. Pursuant to the FTCA, on or about April 7, 2023, Plaintiff timely served an Administrative Claim, providing the BOP or federal agency with a fully executed Standard Form 95 (SF-95) and the necessary information to investigate Plaintiff's claims and their worth.

-2-

7.

8.

9.

PARTIES

10. At all times herein mentioned, continuing to the present time, Plaintiff remained a prisoner in the custody of the United States BOP, incarcerated in an administrative housing facility located at 4500 Prison Road, Marion, IL 62959, commonly known as USP-Marion ("USP-M")

11. Defendant United States of America is the appropriate defendant for Plaintiff's claims under the Federal Tort Claim Act.

12. At all times herein mentioned, defendants clinical Director Dr. R. Pass, Physician's Asst. L. Brooks, Health Admin E. Harbison; Optometrist Dr. K. Bugg, (collectively at times referred to as "Medical Defendants") were medical personnel employed by the BOP and/or USP-Marion, and were responsible for the day-to-day oversight of medical examinations, testing, treatment and general health of inmates confined at USP-Marion.

13. At all times herein mentioned, defendant Health Administrator E. Harbison at USP-Marion, who was in charge of the custody

-3-

and care provided to Plaintiff. Specifically, he was responsible for ensuring that inmates with requisite medical needs are scheduled for, and taken to, medical visits to external providers.

14. Defendant Warden, D. Sproul, USP-Marion (at times referred to as "Warden, USP-Marion") who was responsible, in whole or in part, for the day-to-day operations and conditions of USP-Marion, and for the health and safety of inmates confined within.

15. Defendant Warden, USP-Marion who was in charge of the custody and care provided for, and taken to, medical visits to external providers.

STATEMENT OF FACTS

16. Plaintiff repeats, reiterates, and realleges each and every allegation contained in paragraphs "1 through 15" of this complaint with the same force and effect as though fully set forth herein.

17. Medical History (Page 4(A))

-4-

Medical History 4(A)

Arrived at Marion 06/15/2011

Dr. Bugg said I had high ocular pressure in both eyes and was prescribed Latanprost Ophteamolic Solution to lower the Intraocular pressure. This drug is used to treat people with open angle glaucoma or high ocular pressure. I have been using it for approximately 12 years.

On 3-18-2021 I was given a prescription for Brimoniade Tartrate. It was labeled "Put in LEFT Eye", which was not the eye I was to have surgery on. When I confronted the pharmacist the reply was "just put it in the eye that they (the doctor) told you to." On 3-22-2021 I was called from my job in Unicor to go to the pharmacy. They gave me 2 new labels for Brimoniade Tartrate and told me to put them on the eye drop bottle I received on 3-18-2021. This label said to use in my right eye. It took 4 days to correct a mistake that I had told them about when I first received the eye drops.

They said they gave me an extra pillow on Thursday 2-4-2021. I never got them.

Lost in the SHU until Tuesday 2-9-2021.

While lost in the SHU my eye got infected (see Med Records for 2-12-2021) due to concrete dust in the cell from equipment being used to drill in walls be Facilities workers.

I should have gone to see Dr. Ahmad on Tuesday Feb. 9, 2021, but I did not go see him. Med Record from Marion Eye Center Page 3 print date 2-10-2021.

Missed appointment with Dr. Ahmad on 5-7-2021. See Med. Records dated 5-11-2021.

-4(a)-

## AS AND FOR FIRST CAUSE OF ACTION

## Plaintiff v. Defendant UNITED STATES OF AMERICA

## Federal Tort Claim Act-Medical Malpractice

- Plaintiff repeats, reiterates, and realleges each and every allegation contained in paragraphs "1 through 15" of this complaint with the same force and effect as though fully set forth herein.

- Commencing on or about January 18, 2021, and at all times herein, servants, and/or employees undertook and endeavored to, and did advise and treat Mr. Cook professionally as healthcare provider or physician, including providing diagnosis, care, and treatment for his diagnosed and well-documented history of macular hole of the eye, detached retina and blindneses.

- At all times complained of herein, Medical represented themselves to be skilled, competent and careful physicians. optometrists, and healthcare providers with the knowledge and capacity to practice medicine in accordance with the standards common and acceptable in the community.

- As set forth herein, the Medical Defendants' treatment of Mr. Cook fell below acceptable standards and skills.

- Defendants thus breached the duty they owed to Mr. Cook.

- Defendants did not possess the necessary skill to treat Mr. Cook.

- Defendants neglected to apply the skill they did have.

- Defendants did not use reasonable care in applying the skill they did have.

- Defendants mistreated Mr. Cook and engaged in medical practice which fell below the customary and acceptable standards.

- Beginning on or about January 18, 2021, during Mr. Cook's

-5-

incarceration with the BOP, he began experiencing vision problems. He was then diagnosed with a detached retina on February 2, 2021 and a macular hole on March 16, 2021. Subsequently, his lack of treatment resulted in blindness of at least one eye (right eye).

LAYMAN'S EXCEPTION

The Supreme Court has explained the Eighth Amendment prohibition of cruel and unusual punishment, merged through the Fourteenth Amendment, as imposing a duty on states to provide medical care to incarcerated individuals. See Estelle v. Gamble, 429 U.S. 97, 103, 97 S. Ct. 285, 50 L.Ed. 2d 251 (1976). Meaning that prison [Federal] Officials violate the Constitution if they are deliberately indifferent to prisoners' serious medical needs. Id. at 104. Elements for deficient medical care must demonstrate the following: a) an objectively serious medical condition, and b) an official's deliberate indifference to that condition. See Johnson v. Snyder, 444 F.3d 579, 584 (7th Cir 2006). Therefore, in the instant case, Mr. Cook's case in chief, is objectively serious medical need that have been diagnosed conditions requiring treatment and conditions "so obvious that even a lay person would easily recognize the necessity for a doctor's attention. See Zentmyer v. Kendall County, Ill., 22 F.3d 805, 810 (7th Cir. 2000). Concerning, the Certificate of Merit and 735 Ill. 5/2-662, Mr. Cook invokes the Layman's exception because the defendants failed to properly care for Mr. Cook, and because his relevant injuries are so "obvious enough [that] any layman could use common sense" in finding that defendants breached the appropriate standard of care. See James R. May v. Daniel Akers, 2023 U.S. Dist. LEXIS 49385, 2023 U.S. Dist. LEXIS 14, No. 5:21-182-DCR (March 23, 2023). Thus, under the layman's exception, Mr. Cook is exempt from requirements under 735 Ill. 5/2-622 and does not need an expert medical doctor to write a Certificate of Merit or Affidavit. Common sense demonstrates in merit and thus, layman's exception applied under this approach and application satisfies

-7-

the requirements in respects to complaint and the certificate of merit. Thus, this cause of action can move forward in this regard.

CONCLUSION

In support of his claim, Mr. Cook asks this Honorable Court to accept his petition and brief in support thereof and that it would be in the best interest of justice, in the best interest of the public or integrity for this Court to rule on the merits and findings in his favor and grant relief in his favor. Order defendants to be served or waiver of service and to answer complaint and accept the layman's exception.

Respectfully submitted by

/s/ _Glenn Cook_    Date: 03-17-2024

Glenn Cook
Reg. No. 24122-001
FCI-Thomson
PO Box 1002
Thomson, IL  61285
PRO SE REPRESENTATION

CERTIFICATE OF SERVICE

I, Glenn Cook hereby certify that true copies of the petition (FTCA) and Memorandum of Law was mailed on this 19th day of March, 2024 through the FCI-Thomson prison mailing system to the following:

Clerk of the Court
U.S. District Court
Southern District of Illinois
United States Courthouse
301 West Main Street, 1st Floor
Benton, IL   62812

Clinical Director Dr. R. Pass
Physician's Asst. L. Brooks
Health Admin E. Harbison
Optometrist K. Buggs
Warden, D. Sproul - USP Marion
4500 Prison Road
P.O. Box 1000
Marion, IL   62959

USA - via electronic filing or intersystem mail.

/s/ Glenn Cook   3-19-24

Glenn Cook   Date: 03/19/24

*EXHIBIT A-1*

## Bureau of Prisons
## Health Services
## Clinical Encounter - Administrative Note

| | | | Reg #: | 24122-001 |
|---|---|---|---|---|
| Inmate Name: | COOK, GLENN PAUL | Sex: M   Race: WHITE | Facility: | MAR |
| Date of Birth: | 02/19/1962 | Provider: Brooks, Leslee PA-C | Unit: | C02 |
| Note Date: | 01/19/2021 07:59 | | | |

Admin Note - Scheduling Note encounter performed at Health Services.

**Administrative Notes:**

ADMINISTRATIVE NOTE   1          Provider:  Brooks, Leslee PA-C

Seen at cellfront during national BOP lockdown. Reports floaters and a film to right eye that does not clear with blinking.

**Copay Required:** No                    **Cosign Required:** No

**Telephone/Verbal Order:** No

Completed by Brooks, Leslee PA-C on 01/19/2021 08:01

Page 1 of 1

Generated 01/19/2021 08:01 by Brooks, Leslee PA-C          Bureau of Prisons - MAR

EXHIBIT A-1

*EXHIBIT A-2*

## MAR-InmateToHealthSvcs - bbc258ea-ee8c-4383-a5f5-00636e3b5426

**From:**  MAR-InmateToHealthSvcs
**To:**  ~^!GLENN PAUL ~^!COOK
**Date:**  1/22/2021 12:42 PM
**Subject:**  bbc258ea-ee8c-4383-a5f5-00636e3b5426

You are on to be seen soon.

>>> ~^!"COOK, ~^!GLENN PAUL" <24122001@inmatemessage.com> 1/19/2021 9:32 AM >>>
To: Dr.Bugg
Inmate Work Assignment: Cable 2

***ATTENTION***

Please cut and paste the message indicator below into the subject line; only this indicator can be in the subject line.
bbc258ea-ee8c-4383-a5f5-00636e3b5426
Your response must come from the departmental mail box.  Responses from personal mailboxes WILL NOT be delivered to the inmate.

***Inmate Message Below***

I am currently using latanoprost for my eyes and my right eye has a lot of floaters also it is like i am looking through a fog or haze.



**U.S. Department of Justice**
Federal Bureau of Prisons

*North Central Regional Office*

---

*Office of the Regional Counsel*

400 State Avenue
Tower II, Suite 800
Kansas City, KS 66101

08-16-2023

GLEEN COOK, #24122-001
USP THOMSON
P.O. BOX 1002
THOMSON, IL 61285

   Re: Administrative Claim for Damages
   Claim #:   TRT-NCR-2023-07320   $ 5,000,000.00

Dear Claimant:

   This is to notify you of our receipt of your administrative claim for damages under provisions of the Federal Tort Claims Act, Title 28 USC §1346(b), 2671 et. seq., alleging liability of the United States Government.

   Your claim was received on 04-12-2023. The above referenced Act provides that the agency has 6 months to make an administrative determination on your claim from the date such claim was received by the appropriate agency. Accordingly, in the matter of the above referenced claim, the government's response is not due until 10-11-2023.

   Regulations that may be pertinent to your claim may be found at Title 28 C.F.R. Part 14 et.seq., and §543.30.

         Sincerely,
         Mary A. Noland
         Regional Counsel

I. C

NATIONAL EYE
INSTITUTE

# What are the symptoms of a macular hole?

If your other eye has good vision, you may not notice any symptoms from a macular hole. When a macular hole does cause symptoms, they often start slowly.

At first, you might notice that things look distorted or blurry when you look straight ahead. Lines or straight objects — like a window frame — might look bent, wavy, or like they're missing a piece in the center. It might be harder to do everyday tasks like reading, writing, or driving.

Over time, you might notice a blurred or blind spot in your central vision. When reading, you may see the lines but miss letters or words in the center. Or you may be able to see a person's face but not their nose or eyes.

Early treatment with surgery can often restore vision. Without early treatment, central vision loss may be permanent.

## Is a macular hole the same as age-related macular degeneration?

No. Macular holes and age-related macular degeneration can cause similar symptoms and they're both common in people over age 60, but they're different. If you aren't sure which condition you have, talk to your eye doctor.

Learn more about age-related macular degeneration

# Am I at risk for a macular hole?

If you've had a macular hole in 1 eye, you're more likely to develop it in the other eye. About 1 in 10 people who get a macular hole in 1 eye will develop a macular hole in their other eye.

You're also at risk for a macular hole if you:

- Are age 60 or older
- Are very nearsighted
- Have had an eye injury or eye surgery

# What causes a macular hole?

2. C

## What causes a macular hole?

Most of the time, a macular hole happens because of changes in your eye as you get older.

As you age, the vitreous (the clear gel-like fluid that fills your eye and gives it a round shape) shrinks and pulls away from the retina. This is called vitreous detachment, and it happens to everyone as they get older.

In some people, the vitreous is attached more firmly to the macula and it pulls on the macula as it detaches. This pulling and stretching of the retina can cause a macular hole.

## How will my eye doctor check for a macular hole?

Your eye doctor will check for a macular hole by doing a test called an optical coherence tomography (OCT). This is a painless test that uses light waves to take detailed pictures of your retina.

Before the test, your doctor may give you some eye drops to dilate (widen) your pupil.

## What's the treatment for a macular hole?

If a macular hole is affecting your vision, you'll probably need a type of surgery called vitrectomy to fix the hole and prevent permanent vision loss.

During a vitrectomy, the doctor removes the vitreous and some tissues on the surface of the macula and injects a gas bubble into your eye. The bubble is like a temporary bandage that holds the edges of the macular hole together and helps your eye close the hole.

After the surgery, you'll need to limit your activities and movement for a while. This keeps the bubble in the right place so the macular hole can heal. It can be hard to limit your head movement, so talk to your doctor about how you can best recover from a vitrectomy. You also need to avoid flying or getting nitrous oxide (laughing gas) for any procedures until the bubble is completely gone — these things can affect the pressure in your eye.

Treatment works best when doctors catch macular holes early, so it's important to talk to your eye doctor right away if you notice symptoms of a macular hole.

Learn what you can expect from a vitrectomy

Last updated: November 15, 2023

1.

A retinal hole is a serious condition that, if left unmonitored, can lead to permanent total or partial vision loss. Learn more about retinal holes, including their causes, risk factors, symptoms and treatment options here.

WHAT IS A RETINAL HOLE?
**A retinal hole is a small tear in the macula.** In medical literature, this condition is more commonly called a "macular hole" or "macular tear." The macula is the center part of the retina, the very important tissue located at the back of the eye (also called the eye's posterior segment). The retina is made up of light-sensitive tissue that allows people to see; when light hits the retina, it is converted into electrical signals that form our brain's visual perception.

HOW COMMON IS A RETINAL HOLE?
**7.8 out of 100,000 people,** according to statistics from the advocacy group VisionAware. Age is the most common predictor of retinal holes, which typically occur in people over the age of 60, and a majority of patients are female.

WHAT CAUSES A RETINAL HOLE?

**In short, a natural process gone wrong.** As people age, fibers in the eye's vitreous – the fluid that fills the eye and creates its globular shape – naturally shrink. However, if the shrinking fibers are too firmly attached to the retina, they can tear tissue as they retract, creating a retinal hole.

IS A RETINAL HOLE SERIOUS?

**Retinal hole is a serious condition.** The macula is the part of the eye that facilitates focused, centralized vision. This type of vision is important for reading, driving, and other tasks that require perception of fine detail. Accordingly, damage to this tissue can cause blurred, fuzzy, or otherwise distorted vision, especially in the middle part of the eye's visual field.

IS A RETINAL HOLE AN EMERGENCY?

**Potentially.** Depending on the retinal hole's stage of progression, the condition might be considered a medical emergency. When the retinal hole reaches an advanced stage, it can cause retinal detachment, which can lead to permanent partial or total vision loss. However, it should be noted that even if the retinal hole hasn't progressed to an "emergency" level, it is still highly serious and should be addressed with an eye doctor immediately.

WHAT IS RETINAL DETACHMENT?

**Retinal detachment happens when the retina becomes detached from its underlying tissue.** Retinal detachment is considered an emergency scenario, as it very rapidly leads to permanent partial or total vision loss.

WHAT CAUSES RETINAL DETACHMENT?

3.    B

**There are several different causes of retinal detachment.** These causes include aging, injury, or changes due to other medical problems, such as diabetes or cancer. Retinal detachment can also be caused by other ocular conditions, such as age-related macular degeneration.

WHAT ARE THE SYMPTOMS OF RETINAL DETACHMENT?

**The sudden appearance of "floaters," flashes, and reduced vision** – according to the Mayo Clinic, these are the main symptoms to watch out for. Floaters are shapes that appear in a person's visual field. They often appear as specks, strings, or cobwebs, and are caused by shadows created by the eye's smaller anatomical structures.

HOW LONG CAN RETINAL DETACHMENT GO UNTREATED BEFORE PERMANENT VISION LOSS?

**Not very long.** Although the exact amount of time is highly dependent on individual and situational factors, retinal detachment typically leads to vision loss very quickly, and should be considered a medical emergency requiring immediate attention.

WHAT ARE THE RISK FACTORS FOR A RETINAL HOLE?

According to **recent clinical research,** primary risk factors include:

- **Age:** Incidence rates increase with age.
- **Gender:** Females have a higher rate of diagnosis than men.
- **Race:** Asian-Americans were found to have significantly increased risk.
- **Other Eye Conditions:** People diagnosed with cataract, aphakia, or pseudophakia had higher diagnosis rates.

HOW IS A RETINAL HOLE DIAGNOSED?

**A retinal hole is diagnosed by an eye doctor.** Your eye doctor may be an ophthalmologist (a

medical doctor that is trained to perform ocular surgery) or an optometrist (a specially-trained doctor capable of providing non-surgical treatments). Most cases of retinal holes are discovered as part of diagnostic testing during routine medical examinations. This makes regular visits to your eye doctor extremely important, especially if you are over age 50.

## How is a retinal hole treated?

A retinal hole is most commonly treated using traditional or laser surgery. Traditional surgery is performed using a method called vitrectomy, whereas laser surgery is performed using a laser that heats tissue in the back of the eye to "seal" holes in the macula.

- **During a vitrectomy,** an ophthalmologist removes the vitreous fluid pulling on the retina and injects a gas bubble to hold the eye's physical structure in place. According to the American Society of Retina Specialists, vitrectomy has a success rate over 90%, and it is even possible for patients to recover some or all of their lost vision. However, vitrectomy is considered a more invasive option than laser surgery, and patients may need to spend up to two weeks remaining face down post-op.
- **During laser treatment,** an ophthalmologist uses a laser device to perform "photocoagulation" of the tissue surrounding the hole. As the name implies, photocoagulation uses light ("photo") to seal ("coagulate") the tissue by heating it to a precise temperature. The heat triggers local cells to produce the proteins that create scar tissue, closing the holes.

It is worth noting that due to the costs and risks associated with any type of surgery, a doctor may opt to monitor very small holes over time instead of treating them immediately.

## What are effective prevention strategies for retinal holes?

Unfortunately, there are no clinically proven ways to "prevent" retinal holes. Age, gender, comorbid conditions, and injury are generally considered uncontrollable factors. Systemic factors

like diabetes can play a tangential role, so as always, it's a good idea to eat well, exercise, and avoid stress wherever possible.

That said, **routine visits to your eye doctor are crucial.** By visiting your eye doctor regularly (at least twice annually, especially if you are over age 50), you can improve your chances of "catching" and diagnosing eye conditions, including retinal holes, as early as possible. Early detection and treatment is pivotal for achieving the best treatment outcomes possible, so be sure to make regular eye doctor visits a health priority.

## Sources

SOURCES

1. https://www.nei.nih.gov/learn-about-eye-health/eye-conditions-and-diseases/macular-hole
2. https://visionaware.org/your-eye-condition/guide-to-eye-conditions/macular-hole/updates-in-macular-hole-treatments-and-recovery/macular-hole-statistics
3. https://www.mayoclinic.org/diseases-conditions/retinal-detachment/symptoms-causes/syc-20351344
4. https://www.nei.nih.gov/learn-about-eye-health/eye-conditions-and-diseases/retinal-detachment
5. https://jamanetwork.com/journals/jamaophthalmology/fullarticle/2603482
6. https://www.asrs.org/patients/retinal-diseases/4/macular-hole

AMERICAN ACADAMY of OPHTHALMOLOGY
BY RICHARD G SHUGARMAN M.D. FACS

# • What is the probability of developing retinal tears/detachment after onset of floaters and flashes has occurred?

MAY 21, 2012

**Question:**

What is the probability of developing retinal tears/detachment after onset of floaters and flashes (posterior capsule detachment) has occurred? Should I seek a second opinion?

**Answer:**

Flashes and floaters are symptoms of abnormal vitreoretinal activity. Most commonly they are associated with a posterior vitreous detachment, which is a normal condition which usually occurs spontaneously and resolves without treatment. Occasionally, these symptoms occur from infections, tumors and other serious conditions. Therefore, you should be examined thoroughly by a comprehensive ophthalmologist as soon as they begin. This is NOT something to be put off to see if it will go away.

Bleeding into the vitreous cavity can cause floaters and may be caused by diabetes, hypertension, trauma, retinal tears or retinal detachment. These conditions should be apparent to the ophthalmologist after examining you and cannot be treated over the telephone or by email. Having said all of this, at least 85 percent of patients having flashes and floaters will be fine with no treatment, if their examination fails to reveal a cause.

The ophthalmologist will look carefully for a tear in the retina or early retinal detachment. Most retinal detachments, left untreated, proceed to permanent blindness. Most often they are preceded by a retinal tear or tears. When caught at this early stage, tears (also sometimes called retinal breaks or holes) can easily be treated with laser or freezing, which are done in the ophthalmologist's office with eyedrop anesthesia. Not all tears need treatment. Retinal detachments require open surgery, but this is usually done as an outpatient today. If the macula (central vision) is detached, surgery can be done in a few days or even a week and the results will be as good as if done in an emergency. On the other hand, if the macula is attached, then surgery is an emergency to obtain the best possible postoperative vision.

I am troubled by your mention of the posterior capsule. If you meant a detached posterior vitreous, then everything which I have just told you is correct. However, if the posterior capsule has been ruptured or torn during cataract surgery, by trauma, or by a posterior capsulotomy, then the incidence of infection, retinal tear, retinal detachment, or vitreous hemorrhage is much higher and the patient needs to be monitored very closely. Please consult closely with you

comprehensive ophthalmologist and discuss the advisability of consultation with a retina specialist.

**Answered By:** Richard G Shugarman MD FACS

- Ask an Ophthalmologist

Browse Answers

- Not every question will receive a direct response from an ophthalmologist. However, we will follow up with suggested ways to find appropriate information related to your question. Medical disclaimer

*By submitting your question, you agree to be answered by email. Your email address will only be used to answer your question unless you are an Academy member or are subscribed to Academy newsletters.*

**Ask a Question**

Not every question will receive a direct response from an ophthalmologist. However, we will follow up with suggested ways to find appropriate information related to your question. Medical disclaimer

*By submitting your question, you agree to be answered by email. Your email address will only be used to answer your question unless you are an Academy member or are subscribed to Academy newsletters.*

## • • **Related**

Is it normal to have foggy vision after a posterior vitreous detachment?
Feb 06, 2024
My 5-year-old son has been complaining of seeing green dots in his eyes. Today he said the dot was shaped like a green "c." Should I be concerned about this?
Feb 06, 2024

## Retinal detachment

## Overview

Retinal detachment describes an emergency situation in which a thin layer of tissue (the retina) at the back of the eye pulls away from its normal position.

Retinal detachment separates the retinal cells from the layer of blood vessels that provides oxygen and nourishment to the eye. The longer retinal detachment goes untreated, the greater your risk of permanent vision loss in the affected eye.

Warning signs of retinal detachment may include one or all of the following: reduced vision and the sudden appearance of floaters and flashes of light. Contacting an eye specialist (ophthalmologist) right away can help save your vision.

## Symptoms

Retinal detachment itself is painless. But warning signs almost always appear before it occurs or has advanced, such as:

- The sudden appearance of many floaters — tiny specks that seem to drift through your field of vision
- Flashes of light in one or both eyes (photopsia)
- Blurred vision
- Gradually reduced side (peripheral) vision
- A curtain-like shadow over your field of vision

## When to see a doctor

Seek immediate medical attention if you are experiencing the signs or symptoms of retinal detachment. Retinal detachment is a medical emergency in which you can permanently lose your vision.

## Causes

There are three different types of retinal detachment:

- **Rhegmatogenous (reg-ma-TODGE-uh-nus).** These types of retinal detachments are the most common. Rhegmatogenous detachments are caused by a hole or tear in the retina that allows fluid to pass through and collect underneath the retina. This fluid builds up and causes the retina to pull away from underlying tissues. The areas where the retina detaches lose their blood supply and stop working, causing you to lose vision.

  The most common cause of rhegmatogenous detachment is aging. As you age, the gel-like material that fills the inside of your eye, known as the vitreous (VIT-ree-us), may change in consistency and shrink or become more liquid. Normally, the vitreous separates from the surface of the retina without any complications — a common condition called posterior vitreous detachment (PVD). One complication of this separation is a tear.

  As the vitreous separates or peels off the retina, it may tug on the retina with enough force to create a retinal tear. Left untreated, the liquid vitreous can pass through the tear into the space behind the retina, causing the retina to become detached.

- **Tractional.** This type of detachment can occur when scar tissue grows on the retina's surface, causing the retina to pull away from the back of the eye. Tractional detachment is typically seen in people who have poorly controlled diabetes or other conditions.
- **Exudative.** In this type of detachment, fluid accumulates beneath the retina, but there are no holes or tears in the retina. Exudative detachment can be caused by age-related macular degeneration, injury to the eye, tumors or inflammatory disorders.

**Risk factors**

The following factors increase your risk of retinal detachment:

- Aging — retinal detachment is more common in people over age 50
- Previous retinal detachment in one eye
- Family history of retinal detachment
- Extreme nearsightedness (myopia)
- Previous eye surgery, such as cataract removal
- Previous severe eye injury
- Previous other eye disease or disorder, including retinoschisis, uveitis or thinning of the peripheral retina (lattice degeneration)

By Mayo Clinic Staff

.

**Mayo Clinic Footer**

**Legal Conditions and Terms**

Any use of this site constitutes your agreement to the Terms and Conditions and Privacy Policy linked below.

- Terms and Conditions
- **Privacy Policy**
- **Notice of Privacy Practices**
- Notice of Nondiscrimination
- Manage Cookies

**Advertising**

Mayo Clinic is a nonprofit organization and proceeds from Web advertising help support our mission. Mayo Clinic does not endorse any of the third party products and services advertised.

- Advertising and sponsorship policy
- Advertising and sponsorship opportunities

**Reprint Permissions**

A single copy of these materials may be reprinted for noncommercial personal use only. "Mayo," "Mayo Clinic," "MayoClinic.org," "Mayo Clinic Healthy Living," and the triple-shield Mayo Clinic logo are trademarks of Mayo Foundation for Medical Education and Research.

© 1998-2024 Mayo Foundation for Medical Education and Research (MFMER). All rights reserved.

# Bureau of Prisons
# Health Services
# Clinical Encounter

| | | |
|---|---|---|
| Inmate Name: COOK, GLENN PAUL | | Reg #: 24122-001 |
| Date of Birth: 02/19/1962 | Sex: M    Race: WHITE | Facility: MAR |
| Encounter Date: 02/02/2021 07:41 | Provider: Brooks, Leslee PA-C | Unit: C02 |

Mid Level Provider - Sick Call Note encounter performed at Health Services.

**SUBJECTIVE:**

COMPLAINT 1          Provider: Brooks, Leslee PA-C

Chief Complaint: Eyes/Vision Problems

Subjective: Reports that he has lost fields of vision in right eye, onset 2 days. Had been seeing floaters prior. No real pain. Only has vision to upper/outer aspect.

Pain: No

**OBJECTIVE:**

**Temperature:**

| Date | Time | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|
| 02/02/2021 | 07:43 MAR | 97.7 | 36.5 | | Brooks, Leslee PA-C |

**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 02/02/2021 | 07:43 | 80 | | | Brooks, Leslee PA-C |

**Respirations:**

| Date | Time | Rate Per Minute | Provider |
|---|---|---|---|
| 02/02/2021 | 07:43 MAR | 15 | Brooks, Leslee PA-C |

**Blood Pressure:**

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|
| 02/02/2021 | 07:43 MAR | 133/87 | | | | Brooks, Leslee PA-C |

**Exam:**

**Eyes**

**Pupils**

Yes: Normal Appearing

**Fundus Exam**

Yes: Retinal Detachment R

No: Grossly Normal Retina R

**ASSESSMENT:**

Retinal detachment, H338 - Current

**PLAN:**

**New Consultation Requests:**

| Consultation/Procedure | Target Date | Scheduled Target Date | Priority | Translator | Language |
|---|---|---|---|---|---|
| Ophthalmology | 02/02/2021 | 02/02/2021 | Emergent | No | English |

Subtype:

Marion Eye Center

Reason for Request:

Vision loss right eye, appears to have detached retina. Only vision in right eye is upper tight corner of vision.

| Inmate Name: COOK, GLENN PAUL | | Reg #: 24122-001 |
|---|---|---|
| Date of Birth: 02/19/1962 | Sex: M  Race: WHITE | Facility: MAR |
| Encounter Date: 02/02/2021 07:41 | Provider: Brooks, Leslee PA-C | Unit: C02 |

Provisional Diagnosis:

Retinal detachment

**Other:**

Seen in conjunction with the MD and we are arranging urgent ophthalmology consultation.

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 02/02/2021 | Counseling | Access to Care | Brooks, Leslee | Verbalizes Understanding |

**Copay Required:** No          **Cosign Required:** No

**Telephone/Verbal Order:** No

Completed by Brooks, Leslee PA-C on 02/02/2021 08:01

# Bureau of Prisons
# Health Services
# Clinical Encounter

| | | |
|---|---|---|
| Inmate Name:  COOK, GLENN PAUL | | Reg #:  24122-001 |
| Date of Birth:  02/19/1962 | Sex:  M   Race:  WHITE | Facility:  MAR |
| Encounter Date: 02/02/2021 19:34 | Provider:  Hughes, J. RN | Unit:  C02 |

Nursing - Medical Trip Return encounter performed at Health Services.

**SUBJECTIVE:**

COMPLAINT  1          Provider:  Hughes, J. RN

Chief Complaint:   Eyes/Vision Problems

Subjective:      Inmate states he will need surgery to repair his retina

**Pain:**        No

**OBJECTIVE:**

**Exam:**

**General**

**Affect**

Yes: Pleasant, Cooperative

**ASSESSMENT:**

Eye - Visual Acuity Change

Inmate returns from Marion Eye Center - they are requesting surgery Thursday for retina repair. Inmate voices no complaints. No procedures performed at this visit.

**PLAN:**

**Disposition:**

Follow-up at Sick Call as Needed

To be Evaluated by Provider

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 02/02/2021 | Counseling | Plan of Care | Hughes, J. | Verbalizes Understanding |

**Copay Required:** No           **Cosign Required:** Yes

**Telephone/Verbal Order:**  No

Completed by Hughes, J. RN on 02/02/2021 19:37

Requested to be cosigned by  Pass, Randall MD/CD.

Cosign documentation will be displayed on the following page.

Requested to be reviewed by  Brooks, Leslee PA-C.

Review documentation will be displayed on the following page.

# Bureau of Prisons
# Health Services
# Cosign/Review

| | | | | |
|---|---|---|---|---|
| Inmate Name: | COOK, GLENN PAUL | | Reg #: | 24122-001 |
| Date of Birth: | 02/19/1962 | Sex: M | Race: | WHITE |
| Encounter Date: | 02/02/2021 19:34 | Provider: Hughes, J. RN | Facility: | MAR |

**Cosigned by Pass, Randall MD/CD on 02/03/2021 12:05.**

**Marion Eye Center, LTD**
Po Box 1178
Marion, IL 62959-1178
Phone: (800)344-7058
Fax: (618) 997-5505
Marion

*24122001*
*Marion USP*

## Examination

Name:  Glen Cook
Acct #:  516948
Date of Birth: 02/19/1962

Exam Date: 02/02/2021

| Complaint |
|---|
| 58 year old male complains of n/p pt has loss of va x2 days. in right eye for 2 days. Patient described the following signs and symptoms: loss of va. Patient declines presence of: flashes,floaters,pain,diplopia. |

| Review Of Systems | |
|---|---|
| General Health | Systems Reviewed and Negative |
| Constitution | negative |
| Cardiovascular | Normal |
| Ears, Nose, Mouth, Throat | negative |
| Respiratory | negative |
| Gastrointestinal | negative |
| Genitourinary | negative |
| Musculoskeletal | negative |
| Integumentary | Negative |
| Neurological | negative |
| Psychiatric | Negative |
| Endocrine | negative |
| Hematologic/Lymphatic | negative |
| Allergic/Immunologic | negative |

| Mental Assessment | |
|---|---|
| Time / Place / Person | oriented |
| Mood / Affect | Appropriate |

### Health History

**Social History**
None

**Tobacco History**
Never smoker

**Family Medical History**
Fhx of cataract
Fhx of hypertension
Denies Fhx of diabetes mellitus

| Other Medical History | |
|---|---|
| Prior Hospitalization | Patient has never been hospitalized. |
| Dentures | None |
| Ambulatory / Walking | None |

## Other Personal Information

| Work on Computer | No | Hours Per Day | |
|---|---|---|---|
| Hobbies | None | | |

## Current Medications

| Started | Name | Prescribed This Visit | Strength | SIG |
|---|---|---|---|---|
| 02/02/2021 | ATORVASTATIN CALCIUM | | 10 | Take 1 Tablet by mouth daily |
| | Latanoprost | | 0.005 | Instill 1 drop in affected eye(s) every evening |

## Visual Acuities

| | SC Dist | CC Dist | Snellen | SC Near | CC Near |
|---|---|---|---|---|---|
| OD | LP | | | | |
| OS | 20/70 | | | | |

## Pupils / Iris

| | | Iris | Shape | Direct | Consensual | Acc | APD | Dim | Bright | |
|---|---|---|---|---|---|---|---|---|---|---|
| OD | PERRLA | | | | | | +apd | 5 | 5 | mm |
| OS | PERRLA | | | | | | No APD | 5 | 4 | mm |

## Extraocular Muscle

| OD | OS |
|---|---|
| Full / No Rest. | Full / No Rest. |

## Visual Field (By Confrontation)

| OD | OS |
|---|---|
| Restricted | FTFC |

## Refraction

| Type | | Sph | Cyl | Axis | Prism | | | | VA - Dist | VA - Near | BC | VD | ADD |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Habitual Rx | OD | -1.75 | | | | | | | | | | | |
| | OS | -1.00 | -0.50 | 010 | | | | | | | | | |

## Binocular Testing / Vision Assessment

| Visual Acuities (Unaided) | OD | LP | OS | 20/70 | OU | |
|---|---|---|---|---|---|---|

## Anterior Exam

| | OD | OS |
|---|---|---|
| Adnexa | Normal | Normal |
| Lids | Normal | Normal |
| Tarsal Plate | Normal | Normal |
| Lacrimal Glands | Normal | Normal |
| Lacrimal Drainage | Normal | Normal |
| Orbits | Normal | Normal |
| Preauricular Nodes | Normal | Normal |

Patient: Cook, Glen    Acct: 516948    Print Date: February 2, 2021
Page 2 of 4

| | OD | | | OS | | |
|---|---|---|---|---|---|---|
| **Conjunctiva** | | | | | | |
| **Bulbar** | Normal | | | Normal | | |
| **Palpebral** | Normal | | | Normal | | |
| | **OD** | | | **OS** | | |
| **Cornea** | Clear | | | Clear | | |
| **Epithelium** | Normal | | | Normal | | |
| **Endothelium** | Normal | | | Normal | | |
| **Stroma** | Normal | | | Normal | | |
| **Tear Film** | Normal | | | Normal | | |
| **Sclera** | Normal | | | Normal | | |
| | **OD** | | | **OS** | | |
| **Anterior Chamber** | Deep and Quiet | | | Deep and Quiet | | |
| **Depth / Cells / Flare** | N/A | N/A | N/A | N/A | N/A | N/A |

Patient was dilated.

| Posterior Exam | | | | | |
|---|---|---|---|---|---|
| | **OD** | | **OS** | | |
| **Optic Disc** | Normal | | Normal | | |
| **Size** | Normal | | Normal | | |
| **Appearance** | Normal | | Normal | | |
| **Nerve Fiber Layer** | Normal | | Normal | | |
| | **OD** | | **OS** | | |
| **Retina** | Large bullous superior mac off RD | | Normal | | |
| **Macula** | Mac | | Normal | | |
| **Post Retina** | Normal | | Normal | | |
| **Vessels** | Normal | | Normal | | |
| **Periphery** | ST retinal breaks with mac off RD | | Normal | | |
| **Vitreous** | Clear | | Clear | | |
| **Diabetic Details** | **OD** | | **OS** | | |
| | **OD** | | **OS** | | |

| Diagnosis And Plan |
|---|

**H33.011  Retinal detachment with single break, right eye  OD**
Assessment: Serious nature of retinal detachment discussed with the patient.
Plan:  Patient with Large bullous superior mac off RD with retinal tear superior temporal. Discussed with patient treatment options including surgery with scleral buckle alone vs scleral buckle and GFX. All risk, benefits, alternatives and potential complications explained. Explained that surgery is an urgent surgery. Explained that vision will be limited after surgery. Patient understands all options and wishes to proceed with surgery.

Plan Primary scleral buckle with external drainage /possible GFx right eye.

**Professionals Contributing To Medical Record:** Tina Marshall ^fx.iif("=","','on '+ ))^formatdate(,'m/d/yy'
Omar Ahmad, M.D. ^fx.iif("=","','on '+ ))^formatdate(,'m/d/yy'

TREATMENT NOTES:

# Bureau of Prisons
# Health Services
# Clinical Encounter - Administrative Note

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | COOK, GLENN PAUL | | | Reg #: | 24122-001 |
| Date of Birth: | 02/19/1962 | Sex: M  Race: WHITE | | Facility: | MAR |
| Note Date: | 02/03/2021 05:53 | Provider: Brooks, Leslee PA-C | | Unit: | C02 |

Admin Note - Orders encounter performed at Health Services.
**Administrative Notes:**

ADMINISTRATIVE NOTE   1          Provider:   Brooks, Leslee PA-C
        Consult update

**New Consultation Requests:**

| Consultation/Procedure | Target Date | Scheduled Target Date | Priority | Translator | Language |
|---|---|---|---|---|---|
| Ophthalmology | 02/04/2021 | 02/04/2021 | Urgent | No | English |

        Subtype:
            Marion Eye Center
        Reason for Request:
            Primary scleral buckle with external drainage/possible GFx right eye
        Provisional Diagnosis:
            retinal detachment

**Copay Required:** No          **Cosign Required:** No
**Telephone/Verbal Order:** No

Completed by Brooks, Leslee PA-C on 02/03/2021 05:55

# Bureau of Prisons
## Health Services
## Clinical Encounter - Administrative Note

| | | | | | Reg #: | 24122-001 |
|---|---|---|---|---|---|---|
| Inmate Name: | COOK, GLENN PAUL | | | | | |
| Date of Birth: | 02/19/1962 | Sex: | M | Race: WHITE | Facility: | MAR |
| Note Date: | 02/03/2021 10:59 | Provider: | Brooks, Leslee PA-C | | Unit: | C02 |

Admin Note - Orders encounter performed at Health Services.

**Administrative Notes:**

ADMINISTRATIVE NOTE   1          Provider:   Brooks, Leslee PA-C

NMOS order update

**New Non-Medication Orders:**

| Order | Frequency | Duration | Details | Ordered By |
|---|---|---|---|---|
| NPO | One Time | | NPO after midnight tonight for surgery tomorrow (2/4/21) | Brooks, Leslee PA-C |

Order Date:          02/03/2021

**Copay Required:** No          **Cosign Required:** No

**Telephone/Verbal Order:** No

Completed by Brooks, Leslee PA-C on 02/03/2021 11:00

2021-02-03 11:58    MecsxMTV 6188999020 >>    P 2/2

Print Rx/Patient Materials    Page 1 of 3

Wednesday, February 3, 2021

24122.001
Marion USP

### Omar Ahmad MD
DEA: FA1585061 NPI: 1205952249
Marion Eye Surgery Center LLC
2900 Broadway Suite B   Mt Vernon, IL 62864
Phone: (618)244-2777  Fax: (618)899-0031

PATIENT: Glen Paul Cook  Gender: Male    DOB: 02/19/1962    DAY TEL:
4500 Prison Rd  Marion, IL 62959.    MRN: 517082    EVENING: 6189641441

| DRUG | SIG | Dispense | REFILLS | Brand Medically Necessary |
|------|-----|----------|---------|---------------------------|
| Ocuflox 0.3 % eye drops | 1 drop in surgical eye four times a day | 5 (five) Milliliter | 0 | No |
| prednisolone acetate 1 % eye drops,suspension | 1 drop in surgical eye four times a day | 5 (five) Milliliter | 1 | No |

Signature:

https://secure.newcropaccounts.com/Pages/PrintRxFrame.aspx    02/03/2021

# Bureau of Prisons
# Health Services
# Clinical Encounter - Administrative Note

| | | | | | Reg #: | 24122-001 |
|---|---|---|---|---|---|---|
| Inmate Name: | COOK, GLENN PAUL | | | | | |
| Date of Birth: | 02/19/1962 | Sex: | M | Race: WHITE | Facility: | MAR |
| Note Date: | 02/03/2021 13:06 | Provider: | Brooks, Leslee PA-C | | Unit: | Z02 |

Admin Note - Orders encounter performed at Health Services.
**Administrative Notes:**

    ADMINISTRATIVE NOTE  **1**       Provider:  Brooks, Leslee PA-C
        Faxed prescription received

**New Medication Orders:**

| **Rx#** | **Medication** | **Order Date** |
|---|---|---|
| | Ofloxacin OPHTH Solution 0.3% | 02/03/2021 13:06 |

        **Prescriber Order:**    1 gtt In Affected Eye(s) Right Eye -four times a day x 30 day(s)

        Indication:  Retinal detachment

| | prednisoLONE Ace. ophth susp 1% | 02/03/2021 13:06 |
|---|---|---|

        **Prescriber Order:**    1 gtt In Affected Eye(s) Right Eye -four times a day x 30 day(s)

        Indication:  Retinal detachment

**Copay Required:** No        **Cosign Required:**  Yes

**Telephone/Verbal Order:**  No

Completed by Brooks, Leslee PA-C on 02/03/2021 13:08
Requested to be cosigned by  Pass, Randall MD/CD.
Cosign documentation will be displayed on the following page.

# Bureau of Prisons
# Health Services
# Clinical Encounter - Administrative Note

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | COOK, GLENN PAUL | | | Reg #: | 24122-001 |
| Date of Birth: | 02/19/1962 | Sex: M   Race: WHITE | | Facility: | MAR |
| Note Date: | 02/03/2021 13:37 | Provider: Brooks, Leslee PA-C | | Unit: | Z02 |

Admin Note - Orders encounter performed at Health Services.
**Administrative Notes:**

ADMINISTRATIVE NOTE   1          Provider:   Brooks, Leslee PA-C
    consultation

**New Consultation Requests:**

| Consultation/Procedure | Target Date | Scheduled Target Date | Priority | Translator | Language |
|---|---|---|---|---|---|
| Ophthalmology | 02/05/2021 | 02/05/2021 | Routine | No | |

Subtype:
    Marion Eye Center
Reason for Request:
    F/U for retinal detachment repair

**Copay Required:** No          **Cosign Required:** No
**Telephone/Verbal Order:** No

Completed by Brooks, Leslee PA-C on 02/03/2021 13:38

Marion Eye Surgery Center
P.O. Box 1178
Marion, IL 62959
Phone: (618) 969-8777
Fax: (618) 899-9020
Marion Eye Surgery Center



Z4122-001

Marion USP

## Examination

**Exam Date: 02/04/2021**

Name: Glen Cook
Acct #: 517112
Date of Birth: 02/19/1962

Accompanied By: True

Relationship: Family Member

| Mental Assessment | |
|---|---|
| Time / Place / Person | oriented |

### Health History

**Social History**
None

**Tobacco History**
Never smoker

**Family Medical History**
Fhx of cataract
Fhx of hypertension
Denies Fhx of diabetes mellitus

| Other Medical History | |
|---|---|
| Dentures | None |
| Ambulatory / Walking | Ambulatory |

### Vitals

| Date | Time | BP | SBP | Temp | Height | Weight | BMI | Pulse | Regularity | Resp | O2 Sat |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 02/04/2021 | 13:10 | | 146 / 88 | 97.1 | | | | 81 | | 18 | 98 |
| | 15:26 | | 139 / 84 | 99.1 | | | | 78 | | 18 | 98 |
| | 15:32 | 135 / 93 | | | | | | | | | |

### Allergies

Patient reported no known drug allergies.

### Current Medications

| Started | Name | Prescribed This Visit | Strength | SIG |
|---|---|---|---|---|
| 02/02/2021 | ATORVASTATIN CALCIUM | | 10 | Take 1 Tablet by mouth daily |
| | Latanoprost | | 0.005 | Instill 1 drop in affected eye(s) every evening |

| Diabetic Details | OD | OS |
|---|---|---|
| | OD | OS |

| Documents and Images |
|---|
| Documents and Images |
| Documents and Images |

---

**Surgical Information**

SB/C3F8 100% OD Right Eye
Date: 02/04/2021
Pre-Op Diagnosis: H33.011
Post-Op Diagnosis: H33.011
Facility: MARION EYE SURGERY CTR

Operative Notes: PREOPERATIVE DIAGNOSIS:    1.    Rhegmatogenous retinal detachment, Right eye.
POSTOPERATIVE DIAGNOSIS:    1.    Same.
PROCEDURE:    1.    Scleral buckle, cryotherapy, injection of 100% C3F8, Right eye.
ANESTHESIA:    MAC and peribulbar injection of Marcaine, Lidocaine, and Hyaluronidase, Right eye
Patient was seen in clinic and noted to have a retinal detachment. After a full discussion of the risks, benefits, alternatives to the procedure, the patient elected to proceed with surgery.
OPERATIVE REPORT:
The patient was given a peribulbar injection of Lidocaine and Marcaine in the pre-operative area. Patient was brought to the operating room and prepped and draped in the usual sterile fashion for ophthalmic surgery. A time out was performed to confirm the correct patient, surgical location, and procedure. A 360 degree conjunctival peritomy was performed. The four rectus muscles were isolated and tied off with 2-0 Silk ties. Sclera was inspected and was noted to be healthy enough for scleral buckle surgery. The retinal breaks were marked. Cryotherapy was performed. A 4050 band was passed around the eye. This was secured with a 72 sleeve in the superior nasal quadrant. The scleral buckle was sutured to the sclera with 5-0 nylon suture in the four quadrants. The scleral buckle nylon sutures were tied permanently. An intraocular injection of 100% C3F8 gas 0.3 mL was given. The scleral buckle height was good on inspection and the retinal breaks fell on the sclera buckle. Patient's buckle was then trimmed to appropriate length. The conjunctiva was closed with 6-0 plain suture. The postoperative subconjunctival injections of Solu Cortef and Vancomycin were given. The intraocular pressure was good at the end of the procedure after performing an anterior chamber tap. The patient was taken to the postoperative area in good condition. The patient has a follow up with me tomorrow for a postoperative day 1 check. Postoperative instructions and positioning will be reviewed with the family and patient.

POWER:
PRE LASER ANEST:
DIRECT OR INDIRECT:
SPOT SIZE:
DURATION:
TOTAL SPOTS:

---

**Orders**

**TPPV MEDS**
Ordered By: oma
Performed By: Oma
Internal Instructions: SOLUCORTEF 20MG, VANCOMYCIN 12.5 MG,

**MAXITROL OINTMENT**
Ordered By: oma
Performed By: Sme
Patient Instructions: OPTHALMIC

**PRE-OP DILATING DROPS**
Ordered By: OMA
Performed By: DEL
Internal Instructions: TROPICAMIDE 1%, PHENYLEPHRINE2.5%

**PRE-OP DILATING DROPS**
Ordered By: OMA
Performed By: DEL
Internal Instructions: TROPICAMIDE 1%, PHENYLEPHRINE2.5%

**PRE-OP DILATING DROPS**
Ordered By: OMA
Performed By: DEL
Internal Instructions: TROPICAMIDE 1%, PHENYLEPHRINE2.5%

**PRE-OP DILATING DROPS**
Ordered By: OMA

| Orders |
| --- |

Performed By:  DEL
Internal Instructions:  atropine 1%

| Communications |
| --- |

Communication Type:  Post Surgical Communication

Professionals Contributing To Medical Record:  Kelley Thompson ^fx.iif("=",",'on '+ ))^formatdate(,'m/d/yy'
Stacie Meyer ^fx.iif("=",",'on '+ ))^formatdate(,'m/d/yy'
Kathryn Sarabia, CRNA ^fx.iif("=",",'on '+ ))^formatdate(,'m/d/yy'
Omar Ahmad, M.D. ^fx.iif("=",",'on '+ ))^formatdate(,'m/d/yy'
Amanda Cook, RN ^fx.iif('02/04/2021'="",",'on '+ ))^formatdate(02/04/2021,'m/d/yy'
Marla Zinzilieta, RN ^fx.iif("=",",'on '+ ))^formatdate(,'m/d/yy'
Charlin O'Dell, RN ^fx.iif("=",",'on '+ ))^formatdate(,'m/d/yy'
Faisel Ahmad, M.D. ^fx.iif("=",",'on '+ ))^formatdate(,'m/d/yy'

TREATMENT NOTES:

24122-001 Glen Cook 517112 (Prisoner)

## MARION EYE SURGERY CENTER
HOME CARE INSTRUCTION AFTER RETINA SURGERY

1. The eye will be patched after the surgery. Leave this patch on. We will remove it at your post-operative visit at the Marion Eye Center located in: _____Marion_____, on _02/05_ at _11_ : _00_ and located in:_____, on _____ at _____

**Underneath the patch, the eye may feel scratchy or irritated, this is normal. DO NOT RUB THE EYE.**

**2. ACTIVITY:** **NO** strenuous activity such as exercise, bending, or lifting more than **15 pounds** for **2 weeks** after your surgery. **DO NOT RUB THE EYE.**

**3. BATHING:** Keep water out of the eye for 2 days after surgery. You may take a shower and allow to water to hit your back but do not get water in your face. You may wash your hair "salon style".

**4. PROTECT YOUR EYE:** Protect your eye when you lie down day or night by using the plastic shield for 1 week.

**5. EYE DROPS:** All instructions for drops will be reviewed with you at your follow up appointment. Prescriptions for these drops will be given to you today. Bring these drops with you to your next day appointment. When administering the drops allow 5 minutes between each drop. Use the drops in the surgical eye only unless otherwise directed.

a. **Prednisolone Acetate** (pink cap): 1 drop, 4 times a day until Dr. Omar instructs you to discontinue these
b. **Ciprofloxacin/Oflazacin/Ocuflox:** 1 drop, 4 times a day for 1 week only

6. You may take 1 or 2 tablets of regular or extra strength Tylenol (acetaminophen) every 4 hours for pain. **Avoid** aspirin, ibuprofen, and other non-steroidal pain relievers as these thin the blood. If you require stronger pain relief than Tylenol, this will be given to you at your follow up appointment. If pain not covered by Tylenol, can also give high dose Ibuprofen PRN pqi.

7) If you received a gas or air injection into the eye, do not fly in an airplane or have anesthesia that uses nitrous oxide until the gas bubble is gone. Per Dr. Omar

**Special positioning instructions:** _____ 

_____

8) If you notice **SEVERE PERSISTENT PAIN** or **SUDDEN LOSS OF VISION** or anything at all that you thinks is unusual, call immediately.
9) NO DRIVING FOR 24 HOURS AFTER SURGERY

Dr. Omar Ahmad
Marion Eye Centers
Phone Number: **1-800-344-7058**

After hours please call **(618)993-5686** and listen to the answering machine for instructions on how to reach someone who will help you reach the physician on call.

_____          02/04/2021
SIGNATURE OF PERSON RESPONSIBLE          DATE

# Bureau of Prisons
## Health Services
## Clinical Encounter - Administrative Note

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | COOK, GLENN PAUL | | | Reg #: | 24122-001 |
| Date of Birth: | 02/19/1962 | Sex: | M    Race:WHITE | Facility: | MAR |
| Note Date: | 02/04/2021 11:04 | Provider: | Brooks, Leslee PA-C | Unit: | Z02 |

Admin Note - Orders encounter performed at Health Services.
**Administrative Notes:**

ADMINISTRATIVE NOTE   1          Provider:   Brooks, Leslee PA-C

Analgesic order, office staff reported that he would need this after surgery and they will be sending a prescription

**New Medication Orders:**

| Rx# | Medication | Order Date |
|---|---|---|
| | Acetaminophen/Codeine 300/30 MG Tablets | 02/04/2021 11:04 |

**Prescriber Order:**    2 tablets Orally  -   Two Times a Day x 5 day(s) Pill Line Only

Indication:   Retinal detachment

Start Now:   Yes

Night Stock Rx#:

Source:  Pyxis

Admin Method:   Pill Line

Stop Date:  02/09/2021 11:03

MAR Label: 2 tablets Orally  -   Two Times a Day x 5 day(s) Pill Line Only

One Time Dose Given:  No

**Copay Required:** No        **Cosign Required:** Yes

**Telephone/Verbal Order:** Yes      **By:**  Pass, Randall MD/CD

**Telephone or Verbal order read back and verified.**

Completed by Brooks, Leslee PA-C on 02/04/2021 11:05

Requested to be cosigned by  Pass, Randall MD/CD.

Cosign documentation will be displayed on the following page.

# Bureau of Prisons
# Health Services
# Cosign/Review

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | COOK, GLENN PAUL | | | Reg #: | 24122-001 |
| Date of Birth: | 02/19/1962 | Sex: | M | Race: | WHITE |
| Encounter Date: | 02/04/2021 11:04 | Provider: | Brooks, Leslee PA-C | Facility: | MAR |

**Cosigned by Pass, Randall MD/CD on 02/04/2021 16:11.**

# Bureau of Prisons
# Health Services
# Cosign/Review

| Inmate Name: | COOK, GLENN PAUL | | | Reg #: | 24122-001 |
|---|---|---|---|---|---|
| Date of Birth: | 02/19/1962 | Sex: | M | Race: | WHITE |
| Encounter Date: | 02/04/2021 18:26 | Provider: | McGee, Bryant RN | Facility: | MAR |

**Reviewed by Brooks, Leslee PA-C on 02/08/2021 07:57.**

# Bureau of Prisons
# Health Services
# Cosign/Review

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | COOK, GLENN PAUL | | | Reg #: | 24122-001 |
| Date of Birth: | 02/19/1962 | Sex: | M | Race: | WHITE |
| Encounter Date: | 02/04/2021 18:26 | Provider: | McGee, Bryant RN | Facility: | MAR |

Cosigned by Fateh Hyder, Syed Regional Medical Director/NCRO on 02/05/2021 09:18.

# Bureau of Prisons
# Health Services
# Clinical Encounter

| | | | |
|---|---|---|---|
| Inmate Name: COOK, GLENN PAUL | | | Reg #: 24122-001 |
| Date of Birth: 02/19/1962 | Sex: M Race: WHITE | | Facility: MAR |
| Encounter Date: 02/04/2021 18:26 | Provider: McGee, Bryant RN | | Unit: Z02 |

Nursing - Medical Trip Return encounter performed at Health Services.

**SUBJECTIVE:**

COMPLAINT 1        Provider: McGee, Bryant RN

Chief Complaint: Pain
Subjective: I have some discomfort from the eye procedure

**Pain:**        Yes

**Pain Assessment**

| | |
|---|---|
| Date: | 02/04/2021 18:26 |
| Location: | Eye-Right |
| Quality of Pain: | Aching |
| Pain Scale: | 3 |
| Intervention: | Ibuprofen |
| Trauma Date/Year: | |
| Injury: | |
| Mechanism: | |
| Onset: | 1-5 Hours |
| Duration: | 1-5 Hours |
| Exacerbating Factors: | none |
| Relieving Factors: | none |
| Reason Not Done: | |
| Comments: | |

**OBJECTIVE:**

**Exam:**

**General**

**Affect**

Yes: Pleasant, Cooperative

**Appearance**

Yes: Appears Well, Alert and Oriented x 3
No: Appears Distressed, Appears in Pain, Acutely Ill

**Head**

**General**

Yes: Symmetry of Motor Function

**Musculoskeletal**

**Gait**

Yes: Normal Gait

**ASSESSMENT:**

No Significant Findings/No Apparent Distress
Inmate arrived to HS department following his return from a Optometry appointment for retinal reattachment. Inmate

Generated 02/04/2021 18:41 by McGee, Bryant RN

| Inmate Name:   COOK, GLENN PAUL | | Reg #:    24122-001 |
|---|---|---|
| Date of Birth:   02/19/1962 | Sex:    M    Race:   WHITE | Facility:   MAR |
| Encounter Date: 02/04/2021 18:26 | Provider:   McGee, Bryant RN | Unit:    Z02 |

states "I have no injuries at this time." He is alert and oriented x3 with no signs of pain observed. Inmate complains of minimal pain at this time and has an eye patch covering his right eye. Inmate states "They want me to sleep at an angle." Extra pillows given so inmate can sleep at an elevated angle per Ophthalmologist request. Inmate ambulates without assistance and appears to be generally well. Paperwork received and placed in medical records. On call PA notified and Ibuprofen ordered.

**PLAN:**

**New Medication Orders:**

| Rx# | Medication | Order Date |
|---|---|---|
| | Ibuprofen Tablet | 02/04/2021 18:26 |

**Prescriber Order:**    800 mg Orally  -  three times a day PRN x 3 day(s) -- 18 tabs given

Start Now:  Yes

Night Stock Rx#:   159764-mar

Source:  Night Stock

Admin Method:   Self Administration

Stop Date:  02/07/2021 18:25

MAR Label:  800 mg Orally  -  three times a day PRN x 3 day(s) -- 18 tabs given

One Time Dose Given:  No

**Disposition:**

Follow-up in 12-24 Hours

**Other:**

Follow up with Ophthalmology tomorrow

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 02/04/2021 | Counseling | Access to Care | McGee, Bryant | Verbalizes Understanding |
| 02/04/2021 | Counseling | Plan of Care | McGee, Bryant | Verbalizes Understanding |

**Copay Required:** No          **Cosign Required:** Yes

**Telephone/Verbal Order:**  Yes      **By:**   Pass, Randall MD/CD

**Telephone or Verbal order read back and verified.**

Completed by McGee, Bryant RN on 02/04/2021 18:41

Requested to be cosigned by  Pass, Randall MD/CD.

Cosign documentation will be displayed on the following page.

Requested to be reviewed by  Brooks, Leslee PA-C.

Review documentation will be displayed on the following page.

# Bureau of Prisons
# Health Services
# Pain Management

| | | | | | | |
|---|---|---|---|---|---|---|
| Begin Date: | 01/01/2021 | | | End Date: | 12/31/2021 | |
| Reg #: | 24122-001 | | | Inmate Name: | COOK, GLENN PAUL | |

| Date | Type | Location | Pre | Intervention | Post | Provider |
|---|---|---|---|---|---|---|
| 02/04/2021 18:26 | Aching | Eye-Right | 3 | Ibuprofen | | McGee, Bryant RN |

Orig Entered: 02/04/2021 19:28 EST   McGee, Bryant RN

**Bureau of Prisons**
**Health Services**
**Cosign/Review**

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | COOK, GLENN PAUL | | | Reg #: | 24122-001 |
| Date of Birth: | 02/19/1962 | Sex: | M | Race: | WHITE |
| Encounter Date: | 02/05/2021 13:42 | Provider: | Moulton, Andrew RN | Facility: | MAR |

**Reviewed by Brooks, Leslee PA-C on 02/08/2021 07:54.**

**Marion Eye Center, LTD**
**Po Box 1178**
**Marion, IL 62959-1178**
**Phone: (800)344-7058**
**Fax: (618) 997-5505**
**Marion**



24122-001
Manon USP

## Examination

Name:  Glen Cook
Acct #:  516948
Date of Birth: 02/19/1962

Exam Date: 02/05/2021

| Complaint |
| --- |
| 58 year old male presented for 1 day post op s/p rd od s/b c3f8 100% in right eye. Context is reported as pt states " last night i was nauseated from the surgery.". Patient declines presence of: diplopia, pain, flashes, floaters. |

| Review Of Systems | |
| --- | --- |
| General Health | Systems Reviewed and Negative |
| Constitution | negative |
| Cardiovascular | High Cholesterol |
| Ears, Nose, Mouth, Throat | negative |
| Respiratory | negative |
| Gastrointestinal | negative |
| Genitourinary | negative |
| Musculoskeletal | negative |
| Integumentary | Negative |
| Neurological | negative |
| Psychiatric | Negative |
| Endocrine | negative |
| Hematologic/Lymphatic | negative |
| Allergic/Immunologic | negative |

| Mental Assessment | |
| --- | --- |
| Time / Place / Person | oriented |
| Mood / Affect | Appropriate |

| Surgical History |
| --- |
| 02/04/2021   SB/ C3F8 100% Right Eye |

### Health History

**Ocular History**
Retinal detachment

**Social History**
None

**Tobacco History**
Never smoker

**Tobacco History**
Former smoker

**Family Medical History**
Fhx of cataract
Fhx of hypertension
Denies Fhx of diabetes mellitus

| Other Medical History | |
| --- | --- |
| Prior Hospitalization | Patient has never been hospitalized. |

| Other Medical History | |
|---|---|
| Dentures | None |
| Ambulatory / Walking | None |

| Other Personal Information | |
|---|---|
| Hobbies | None |

| Allergies |
|---|

Patient reported no known drug allergies.

| Current Medications | | | | |
|---|---|---|---|---|
| Started | Name | Prescribed This Visit | Strength | SIG |
| 02/02/2021 | ATORVASTATIN CALCIUM | | 10 | Take 1 Tablet by mouth daily |
| | Latanoprost | | 0.005 | Instill 1 drop in affected eye(s) every evening |
| 02/03/2021 | Ocuflox | | 0.3 % | 1 drop in surgical eye four times a day |
| | prednisolone acetate | | 1 % | 1 drop in surgical eye four times a day |

| Visual Acuities | | | | | |
|---|---|---|---|---|---|
| | SC Dist | CC Dist | Snellen | SC Near | CC Near |
| OD | HM | | | | |
| OS | 20/80-1 | | | | |

| Pupils / Iris | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | Iris | Shape | Direct | Consensual | Acc | APD | Dim | Bright | |
| OD | R&SR | | | | | | No APD | 9 | 9 | mm |
| OS | Round | | | | | | No APD | 7 | 5 | mm |

| Intraocular Pressure | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Date | Time | Method | OD | | | OS | | |
| | | | Measured | Correction | Target | Measured | Correction | Target |
| 02/05/2021 | 11:32 | TONO | 25 | | | | | |

| Binocular Testing / Vision Assessment | | | | | |
|---|---|---|---|---|---|
| Visual Acuities (Unaided) | OD | HM | OS | 20/80-1 | OU |

| Anterior Exam | | |
|---|---|---|
| | OD | OS |
| Adnexa | Normal | Normal |
| Lids | Normal | Normal |
| Tarsal Plate | Normal | Normal |
| Lacrimal Glands | Normal | Normal |
| Lacrimal Drainage | Normal | Normal |
| Orbits | Normal | Normal |
| Preauricular Nodes | Normal | Normal |

| Conjunctiva | OD | OS |
|---|---|---|
| Bulbar | Normal | Normal |
| Palpebral | Normal | Normal |
|  | OD | OS |
| Cornea | Clear | Clear |
| Epithelium | Normal | Normal |
| Endothelium | Normal | Normal |
| Stroma | Normal | Normal |
| Tear Film | Normal | Normal |
| Sclera | Normal | Normal |

|  | OD | | | OS | | |
|---|---|---|---|---|---|---|
| Anterior Chamber | Deep and Quiet | | | Deep and Quiet | | |
| Depth / Cells / Flare | N/A | N/A | N/A | N/A | N/A | N/A |

**Patient was dilated. Dilation occurred at 11:31. TROPICAMIDE 1% OD drops were used.**

| Posterior Exam | |
|---|---|
| Exam Method | 20 D Lens |
|  | OD | OS |

| | OD | OS |
|---|---|---|
| Optic Disc | Normal | Normal |
| Size | Normal | Normal |
| Ratio | / 0.6 | / |
| Appearance | Normal | Normal |
| Nerve Fiber Layer | Normal | Normal |
|  | OD | OS |
| Retina | Rd repair | Normal |
| Macula | Mac | Normal |
| Post Retina | Normal | Normal |
| Vessels | Normal | Normal |
| Periphery | flat, sb | Normal |
| Vitreous | Edge of bubble visible | Clear |
| Diabetic Details | OD | OS |
|  | OD | OS |

| Diagnosis And Plan | |
|---|---|

**H33.011 Retinal detachment with single break, right eye OD**
Assessment: 1 day s/p rd repair (sb and gfx) od, no pain, mild ochtn but pt has pre-existing glc.
No pain; deep well formed ac. Retina flat. Edge of bubble visible
Plan: start ocuflox and pred forte today; add alphagan p tid od sample given; shield hs, pt given extra tape

rtc Tuesday po with Dr OMar

bh

**Electronically Signed by:** Brenda Hutchison, O.D. ^fx.iIf('02/05/2021'=",",'on '+ ))^formatdate(02/05/2021,'m/d/yy'

TREATMENT NOTES:

# Bureau of Prisons
# Health Services
# Clinical Encounter

| | | | | |
|---|---|---|---|---|
| Inmate Name: COOK, GLENN PAUL | | | | Reg #: 24122-001 |
| Date of Birth: 02/19/1962 | | Sex: M Race: WHITE | | Facility: MAR |
| Encounter Date: 02/05/2021 13:42 | | Provider: Moulton, Andrew RN | | Unit: Z02 |

Nursing - Medical Trip Return encounter performed at Health Services.

**SUBJECTIVE:**

COMPLAINT 1        Provider: Moulton, Andrew RN

Chief Complaint: Medical Trip Return
Subjective:     Inmate voices no complaints.
**Pain:**        No

**OBJECTIVE:**

Exam:

**General**

**Affect**

Yes: Pleasant, Cooperative

**Appearance**

Yes: Appears Well, Alert and Oriented x 3
No: Appears Distressed

**Eyes**

**General**

Yes: PERRLA

Exam Comments

Inmates only complaint is that he is in SHU, no complaints of pain.

**ASSESSMENT:**

No Significant Findings/No Apparent Distress
Inmate returns following visit with opthamolgist. Appears well and voices no complaints other than being in SHU. No paperwork received at this time.

**PLAN:**

Disposition:

Follow-up at Sick Call as Needed
To be Evaluated by Provider

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 02/05/2021 | Counseling | Access to Care | Moulton, Andrew | Verbalizes Understanding |
| 02/05/2021 | Counseling | Plan of Care | Moulton, Andrew | Verbalizes Understanding |

**Copay Required:** No        **Cosign Required:** No

**Telephone/Verbal Order:** No

Completed by Moulton, Andrew RN on 02/05/2021 16:23

| | | |
|---|---|---|
| Inmate Name: COOK, GLENN PAUL | | Reg #: 24122-001 |
| Date of Birth: 02/19/1962 | Sex: M Race: WHITE | Facility: MAR |
| Encounter Date: 02/05/2021 13:42 | Provider: Moulton, Andrew RN | Unit: Z02 |

Requested to be reviewed by Brooks, Leslee PA-C.

Review documentation will be displayed on the following page.

# Bureau of Prisons
## Health Services
## Clinical Encounter - Administrative Note

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | COOK, GLENN PAUL | | | Reg #: | 24122-001 |
| Date of Birth: | 02/19/1962 | Sex: | M     Race: WHITE | Facility: | MAR |
| Note Date: | 02/08/2021 10:55 | Provider: | Hughes, J. RN | Unit: | Z02 |

Admin Note - General Administrative Note encounter performed at Health Services.
**Administrative Notes:**

ADMINISTRATIVE NOTE   1          Provider:  Hughes, J. RN
Inmate requests ibuprofen for eye pain, rather than T3.


**Copay Required:** No                    **Cosign Required:** No
**Telephone/Verbal Order:**   No

Completed by Hughes, J. RN on 02/08/2021 10:59
Requested to be reviewed by  Brooks, Leslee PA-C.
Review documentation will be displayed on the following page.

# Bureau of Prisons
# Health Services
# Cosign/Review

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | COOK, GLENN PAUL | | | Reg #: | 24122-001 |
| Date of Birth: | 02/19/1962 | Sex: | M | Race: | WHITE |
| Encounter Date: | 02/08/2021 10:55 | Provider: | Hughes, J. RN | Facility: | MAR |

**Reviewed by Brooks, Leslee PA-C on 02/08/2021 11:23.**

# Bureau of Prisons
# Health Services
# Clinical Encounter - Administrative Note

| | | | | |
|---|---|---|---|---|
| Inmate Name: | COOK, GLENN PAUL | | Reg #: | 24122-001 |
| Date of Birth: | 02/19/1962 | Sex:    M    Race: WHITE | Facility: | MAR |
| Note Date: | 02/08/2021 10:59 | Provider:   Brooks, Leslee PA-C | Unit: | Z02 |

Admin Note - Orders encounter performed at Health Services.

**Administrative Notes:**

ADMINISTRATIVE NOTE   **1**          Provider:   Brooks, Leslee PA-C

Medication continuation

**New Medication Orders:**

| <u>Rx#</u> | <u>Medication</u> | <u>Order Date</u> |
|---|---|---|
| | Ibuprofen Tablet | 02/08/2021 10:59 |

<u>**Prescriber Order:**</u>     400mg Orally - three times a day PRN x 7 day(s) -- 2 PO

Indication:   Retinal detachment

**Copay Required:** No          **Cosign Required:** No

**Telephone/Verbal Order:**   No

Completed by Brooks, Leslee PA-C on 02/08/2021 11:01

## Bureau of Prisons
## Health Services
## Cosign/Review

| | | | | | Reg #: | 24122-001 |
| --- | --- | --- | --- | --- | --- | --- |
| | | | | | Race: | WHITE |
| Inmate Name: | COOK, GLENN PAUL | | Sex: | M | Facility: | MAR |
| Date of Birth: | 02/19/1962 | | Provider: | Bugg, K. OD | | |
| Encounter Date: | 02/11/2021 08:51 | | | | | |

Reviewed by Pass, Randall MD/CD on 02/18/2021 13:43.

# Bureau of Prisons
# Health Services
# Clinical Encounter

| | | | |
|---|---|---|---|
| Inmate Name: COOK, GLENN PAUL | | | Reg #: 24122-001 |
| Date of Birth: 02/19/1962 | Sex: M   Race: WHITE | | Facility: MAR |
| Encounter Date: 02/11/2021 08:51 | Provider: Bugg, K. OD | | Unit: C04 |

Optometry - Optometry Exam encounter performed at Health Services.

**SUBJECTIVE:**

COMPLAINT 1          Provider:  Bugg, K. OD

Chief Complaint:   Eyes/Vision Problems

Subjective:     Patient had a history of RD last week, patient had repair. Patient reports good compliance with 1 gtt ofloxacin OD QID, 1 gtt Pred forte OD QID and latanoprost QHS
Patient reports vision is still blurry and seeing "something" moving in superior vision.

(LATE ENTRY, note was left incomplete on day of exam (2/11/2021), Entering examination findings from that day.

Pain:          No

## Vision Screen on 02/18/2021 08:53

**Blindness:**

| | | | |
|---|---|---|---|
| Distance Vision: | Right Eye: 20/CF (Counting | Left Eye: | Both Eyes: |
| Near Vision: | Right Eye: | Left Eye: | Both Eyes: |

**With Corrective Lenses**

| | | | |
|---|---|---|---|
| Distance Vision: | Right Eye: | Left Eye: 20/25 | Both Eyes: |
| Near Vision: | Right Eye: | Left Eye: | Both Eyes: |

**Present Glasses - Distance**

| | Sphere | Cylinder | Axis | Add |
|---|---|---|---|---|
| R: | | | | |
| L: | | | | |

**Refraction - Distance**

| | Sphere | Cylinder | Axis | Add |
|---|---|---|---|---|
| R: | | | | |
| L: | | | | |

Color Test:

Tonometry:  L: 18          R: 21

Comments:  iCare tonometer

**OBJECTIVE:**

**Exam:**

Eyes

General

Yes: PERRLA, Extraocular Movements Intact

Eye Tests

Yes: Cover-Uncover Test Normal

Visual Fields

Yes: Field Defects Present R

**Exam Comments**

Dilated 1047
3+ injection, subconjunctival hemme present OD
Dilation: 1 gtt 1% Tropicamide oph soln, 0.5% Tetracaine oph soln
+1 PSC OU

| Inmate Name: COOK, GLENN PAUL | | Reg #: 24122-001 |
|---|---|---|

Inmate Name: COOK, GLENN PAUL
Date of Birth: 02/19/1962
Encounter Date: 02/11/2021 08:51

Sex: M   Race: WHITE
Provider: Bugg, K. OD

Reg #: 24122-001
Facility: MAR
Unit: C04

C/D:
OD: 0.6/0.6
OS: 0.6/0.6
neg breaks, OU
gas bubble superior, retina attached, difficult to obtain clear views

## ASSESSMENT:

Retinal detachment, H338 - Current

Unspecified cataract, H269 - Current

Unspecified glaucoma, H409 - Current

## PLAN:

**Disposition:**

Follow-up in 1 Week

**Other:**

(Due to late entry, Dr. Pass input erythromycin ointment per recommendation of retinal specialist)

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 02/18/2021 | Counseling | Plan of Care | Bugg, K. | Verbalizes Understanding |

Discussed importance of good compliance with eye drops to prevent infection and inflammation, instruct patient to continue no lifting or strenuous activity.  Will recheck 1 week, retina appears to be in place, gas bubble in place.

**Copay Required:** No

**Cosign Required:** No

**Telephone/Verbal Order:** No

Completed by Bugg, K. OD on 02/18/2021 09:00
Requested to be reviewed by Pass, Randall MD/CD.
Review documentation will be displayed on the following page.

# Bureau of Prisons
## Health Services
## Clinical Encounter

| | | |
|---|---|---|
| Inmate Name: COOK, GLENN PAUL | | Reg #: 24122-001 |
| Date of Birth: 02/19/1962 | Sex: M   Race: WHITE | Facility: MAR |
| Encounter Date: 02/11/2021 10:57 | Provider: Bugg, K. OD | Unit: C04 |

**Status:** In Progress

Optometry - Optometry Exam encounter performed at Health Services.

**SUBJECTIVE:**

COMPLAINT 1          Provider: Bugg, K. OD

Chief Complaint:  Eyes/Vision Problems

Subjective:  Patient had a history of RD last week, patient had repair.  Patient reports good compliance with 1 gtt ofloxacin OD QID, 1 gtt Pred forte OD QID and latanoprost QHS

Pain:  No

**Vision Screen on 02/11/2021 10:58**

Blindness:

| | | | |
|---|---|---|---|
| Distance Vision: | Right Eye: 20/CF (Counting | Left Eye: | Both Eyes: |
| Near Vision: | Right Eye: | Left Eye: | Both Eyes: |

With Corrective Lenses

| | | | |
|---|---|---|---|
| Distance Vision: | Right Eye: | Left Eye: 20/25 | Both Eyes: |
| Near Vision: | Right Eye: | Left Eye: | Both Eyes: |

**Present Glasses - Distance**                    **Refraction - Distance**

| | Sphere | Cylinder | Axis | Add | | Sphere | Cylinder | Axis | Add |
|---|---|---|---|---|---|---|---|---|---|
| R: | | | | | R: | | | | |
| L: | | | | | L: | | | | |

Color Test:

Tonometry:  L: 21        R: 18

Comments:

**OBJECTIVE:**

**ASSESSMENT:**

**PLAN:**

Copay Required: No          Cosign Required:  No

Telephone/Verbal Order:  No

Document filed as incomplete by SYSTEM on 02/15/2021 23:04

Requested to be reviewed by  Pass, Randall MD/CD.

Review documentation will be displayed on the following page.

Filed Incomplete

Reg #: 24122-001                Inmate Name: COOK, GLENN PAUL

**Vision Screen on** 02/11/2021 10:58

**Blindness:**                                                    OU:

**Distance Vision:** OD: 20/CF (Counting Fingers)    OS:                OU:

                                                   OS:
**Near Vision:**      OD:

**With Corrective**                                              OU:

**Distance Vision:** OD:                           OS: 20/25

                                                   OS:                OU:
**Near Vision:**      OD:

**Present Glasses - Distance**                     **Refraction - Distance**

   Sphere    Cylinder    Axis    Add      Sphere    Cylinder    Axis    Add

                                           R:
R:
                                           L:
L:

**Color Test:**

**Tonometry:**  R: 18        L: 21

**Comments:**

   Orig Entered:   02/11/2021 12:05 EST   Bugg, K. OD

# Bureau of Prisons
# Health Services
# Clinical Encounter - Administrative Note

| | | | | |
|---|---|---|---|---|
| Inmate Name: | COOK, GLENN PAUL | | Reg #: | 24122-001 |
| Date of Birth: | 02/19/1962 | Sex:  M    Race: WHITE | Facility: | MAR |
| Note Date: | 02/12/2021 08:51 | Provider:  Pass, Randall MD/CD | Unit: | C04 |

Review Note - Orders encounter performed at Health Services.
**Administrative Notes:**

ADMINISTRATIVE NOTE   1          Provider:  Pass, Randall MD/CD

Our Optometrist spoke to retina specialist and they would like to use erythromycin oph ung to use TID to apply to eyelid around eye due to the excessive redness and inflammation

**New Medication Orders:**

| Rx# | Medication | Order Date |
|---|---|---|
| | Erythromycin Ophthalmic Ointment 5MG/GM | 02/12/2021 08:51 |

**Prescriber Order:**     apply to inflamed areas In Affected Eye(s) Right Eye -  three times a day x 7 day(s)

Indication:   Retinal detachment

**Copay Required:** No          **Cosign Required:**  No
**Telephone/Verbal Order:**   No

Completed by Pass, Randall MD/CD on 02/12/2021 08:55

# Bureau of Prisons
# Health Services
# Cosign/Review

| | | | | | | |
|---|---|---|---|---|---|---|
| Inmate Name: | COOK, GLENN PAUL | | | | Reg #: | 24122-001 |
| Date of Birth: | 02/19/1962 | Sex: | M | | Race: | WHITE |
| Encounter Date: | 02/18/2021 09:17 | Provider: | Bugg, K. OD | | Facility: | MAR |

**Cosigned by Pass, Randall MD/CD on 02/18/2021 11:44.**

# Bureau of Prisons
# Health Services
# Clinical Encounter

| | | | |
|---|---|---|---|
| Inmate Name: COOK, GLENN PAUL | | | Reg #: 24122-001 |
| Date of Birth: 02/19/1962 | Sex: M  Race: WHITE | | Facility: MAR |
| Encounter Date: 02/18/2021 09:17 | Provider: Bugg, K. OD | | Unit: C04 |

Optometry - Optometry Exam encounter performed at Health Services.

**SUBJECTIVE:**

COMPLAINT  1          Provider:  Bugg, K. OD

Chief Complaint:   Eyes/Vision Problems

Subjective:   Patient had RD repair 2 weeks ago, patient reports vision seems to be improving but seeing "bubble" in vision, reports "shook eye in the shower and appears that bubble has split", patient reports good compliance with 1 gtt ofloxacin QID, 1 gtt PRED QID, erythromycin 1 gtt, latanoprost 1 gtt QHS.
Reviewed curren meds on file.

Pain:   No

**Vision Screen on 02/18/2021 09:20**

**Blindness:**

| | | | |
|---|---|---|---|
| **Distance Vision:** | Right Eye: 20/20 | Left Eye: 20/20 | Both Eyes: |
| **Near Vision:** | Right Eye: | Left Eye: | Both Eyes: |

**With Corrective Lenses**

| | | | |
|---|---|---|---|
| **Distance Vision:** | Right Eye: | Left Eye: | Both Eyes: |
| **Near Vision:** | Right Eye: | Left Eye: | Both Eyes: |

**Present Glasses - Distance**

| | Sphere | Cylinder | Axis | Add |
|---|---|---|---|---|
| R: | | | | |
| L: | | | | |

**Refraction - Distance**

| | Sphere | Cylinder | Axis | Add |
|---|---|---|---|---|
| R: | | | | |
| L: | | | | |

**Color Test:**

**Tonometry:**  L:  21        R:  20

**Comments:**

**OBJECTIVE:**

**Exam Comments**

Dilated 0922
2+ injection, subconjunctival hemme present OD
Dilation: 1 gtt 1% Tropicamide oph soln, 0.5% Tetracaine oph soln
+1 PSC OU
C/D:
OD: 0.6/0.6
OS: 0.6/0.6
neg breaks, OU
gas bubble superior, retina attached, difficult to obtain clear views

**ASSESSMENT:**

Retinal detachment, H338 - Current

Unspecified glaucoma, H409 - Current

Inmate Name:   COOK, GLENN PAUL
Date of Birth:   02/19/1962
Encounter Date: 02/18/2021 09:17

Sex:    M    Race:   WHITE
Provider:  Bugg, K. OD

Reg #:   24122-001
Facility:  MAR
Unit:    C04

## PLAN:

### New Medication Orders:

| Rx# | Medication | Order Date |
|---|---|---|
| | Erythromycin Ophthalmic Ointment 5MG/GM | 02/18/2021 09:17 |

Prescriber Order:    1 tt In Affected Eye(s) Right Eye -   Two Times a Day x 14 day(s)

Indication:   Retinal detachment

### Renew Medication Orders:

| Rx# | Medication | Order Date |
|---|---|---|
| 161392-MAR | prednisoLONE Ace. Ophth Susp 1%,  5 ml | 02/18/2021 09:17 |

Prescriber Order:    Place 1 drop in right eye four times daily x 30 day(s)

Indication:   Retinal detachment

### Discontinued Medication Orders:

| Rx# | Medication | Order Date |
|---|---|---|
| 161656-MAR | Erythromycin Ophth Oint 3.5 GM 5mg/gm | 02/18/2021 09:17 |

Prescriber Order:    Apply to inflamed areas in right eye three times daily for 7 days

Discontinue Type:    When Pharmacy Processes

Discontinue Reason:  new order written

Indication:

### New Consultation Requests:

| Consultation/Procedure | Target Date | Scheduled Target Date | Priority | Translator | Language |
|---|---|---|---|---|---|
| Ophthalmology | 03/25/2021 | 03/25/2021 | Routine | No | |

Subtype:

Retina Specialist

Reason for Request:

Patient had RD repair, requesting Progress check/Retina evaluation by retinal specialist.

Provisional Diagnosis:

Retinal Detachment

### Discontinued Consultation Requests:

| Consultation/Procedure | Target Date | Scheduled Target Date | Priority | Translator | Language |
|---|---|---|---|---|---|
| Ophthalmology | 02/02/2021 | 02/02/2021 | Emergent | No | English |

Subtype:

Marion Eye Center

Reason for Request:

Vision loss right eye, appears to have detached retina. Only vision in right eye is upper tight corner of vision.

Provisional Diagnosis:

Retinal detachment

| Consultation/Procedure | Target Date | Scheduled Target Date | Priority | Translator | Language |
|---|---|---|---|---|---|
| Ophthalmology | 02/05/2021 | 02/05/2021 | Routine | No | |

Subtype:

Marion Eye Center

Reason for Request:

F/U for retinal detachment repair

Schedule:

| Activity | Date Scheduled | Scheduled Provider |
|---|---|---|
| Clinical Encounter | 03/04/2021 00:00 | Optometrist |

| | | | | Reg #: | 24122-001 |
|---|---|---|---|---|---|
| Inmate Name: | COOK, GLENN PAUL | | | Facility: | MAR |
| Date of Birth: | 02/19/1962 | Sex: | M    Race:    WHITE | Unit: | C04 |
| Encounter Date: | 02/18/2021 09:17 | Provider: | Bugg, K. OD | | |

|  Activity | Date Scheduled | Scheduled Provider |
|---|---|---|
| RD Repair - consult pending | | |

**Disposition:**

Consultation Written

Follow-up in 2 Weeks

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 02/18/2021 | Counseling | Plan of Care | Bugg, K. | Verbalizes Understanding |

External eye appears to be improving, subconjunctival hemmes improving. Gas bubble seems to have improved slightly and vision seems slightly better. Patient will d/c the ofloxacin, continue erythromycin ointment BID, and Pred QID. Stress importance of continued no strenuous activity.

**Copay Required:** No          **Cosign Required:** Yes

**Telephone/Verbal Order:** No

Completed by Bugg, K. OD on 02/18/2021 10:28

Requested to be cosigned by Pass, Randall MD/CD.

Cosign documentation will be displayed on the following page.

Generated 02/18/2021 10:28 by Bugg, K. OD          Bureau of Prisons - MAR          Page 3 of 3

Reg #:  24122-001                        Inmate Name:   COOK, GLENN PAUL

**Vision Screen on 02/18/2021 08:53**

**Blindness:**

**Distance Vision:** OD:  20/CF (Counting Fingers)    OS:                        OU:

**Near Vision:**    OD:                        OS:                        OU:

**With Corrective**

**Distance Vision:** OD:                    OS: 20/25                    OU:

**Near Vision:**    OD:                    OS:                        OU:

**Present Glasses - Distance**                    **Refraction - Distance**

| | Sphere | Cylinder | Axis | Add | | Sphere | Cylinder | Axis | Add |
|---|---|---|---|---|---|---|---|---|---|
| R: | | | | | R: | | | | |
| L: | | | | | L: | | | | |

**Color Test:**

**Tonometry:**  R:  21        L:  18

**Comments:**  iCare tonometer

   **Orig Entered:**    02/18/2021 09:55 EST    Bugg, K. OD

Reg #: 24122-001                    Inmate Name:   COOK, GLENN PAUL

**Vision Screen on** 02/18/2021 09:20

**Blindness:**

**Distance Vision:** OD: 20/20                OS: 20/20              OU:

                                              OS:                    OU:

**Near Vision:**    OD:

**With Corrective**                                                  OU:

**Distance Vision:** OD:                      OS:                    OU:

                                              OS:

**Near Vision:**    OD:

**Present Glasses - Distance**                **Refraction - Distance**

  Sphere    Cylinder    Axis    Add         Sphere    Cylinder    Axis    Add

                                              R:

R:                                            L:

L:

**Color Test:**

**Tonometry:**  R: 20        L: 21

**Comments:**

  Orig Entered:   02/18/2021 10:33 EST   Bugg, K. OD

24 122-001

**Marion Eye Center, LTD**
Po Box 1178
Marion, IL 62959-1178
Phone: (800)344-7058
Fax: (618) 997-5505
Marion

USP/SCP Marion

## Examination

**Exam Date:** 03/16/2021

**Name:** Glen Cook
**Acct #:** 516948
**Date of Birth:** 02/19/1962

| Complaint |
|---|
| 59 year old male complains of .pt states od is blurry os is stable in both eyes for month. Quality is constant. Severity is described as stable. Patient described the following signs and symptoms: blurred vision. Patient declines presence of: flashes, floaters, diplopia, pain.Additional Notes: Post op |

| Review Of Systems | |
|---|---|
| General Health | Systems Reviewed and Negative |
| Constitution | negative |
| Cardiovascular | High Cholesterol |
| Ears, Nose, Mouth, Throat | negative |
| Respiratory | negative |
| Gastrointestinal | negative |
| Genitourinary | negative |
| Musculoskeletal | negative |
| Integumentary | Negative |
| Neurological | negative |
| Psychiatric | Negative |
| Endocrine | negative |
| Hematologic/Lymphatic | negative |
| Allergic/Immunologic | negative |

| Mental Assessment | |
|---|---|
| Time / Place / Person | oriented |
| Mood / Affect | Appropriate |

| Surgical History |
|---|
| 02/04/2021   SB/ C3F8 100% Right Eye |

### Health History

**Ocular History**
Retinal detachment

**Social History**
None

**Tobacco History**
Never smoker

**Tobacco History**
Former smoker

**Family Medical History**
Fhx of cataract
Fhx of hypertension
Denies Fhx of diabetes mellitus

| Other Medical History | |
|---|---|
| Prior Hospitalization | Patient has never been hospitalized. |

| Other Medical History | |
|---|---|
| Dentures | None |
| Ambulatory / Walking | None |

| Other Personal Information | |
|---|---|
| Hobbies | None |

### Allergies

Patient reported no known drug allergies.

| Current Medications | | | | |
|---|---|---|---|---|
| Started | Name | Prescribed This Visit | Strength | SIG |
| 02/02/2021 | ATORVASTATIN CALCIUM | | 10 | Take 1 Tablet by mouth daily |
| | Latanoprost | | 0.005 | Instill 1 drop in affected eye(s) every evening |
| 02/03/2021 | Ocuflox | | 0.3 % | 1 drop in surgical eye four times a day |
| | prednisolone acetate | | 1 % | 1 drop in surgical eye four times a day |

| Visual Acuities | | | | | |
|---|---|---|---|---|---|
| | SC Dist | CC Dist | Snellen | SC Near | CC Near |
| OD | 20/400 | | | J5 | |
| OS | 20/400 | | | 20/800 | |

| Pupils / Iris | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | Iris | Shape | Direct | Consensual | Acc | APD | Dim | Bright | |
| OD | R&SR | | | | | | No APD | 9 | 9 | mm |
| OS | Round | | | | | | No APD | 7 | 5 | mm |

| Extraocular Muscle | |
|---|---|
| OD | OS |
| Full / No Rest. | Full / No Rest. |

| Visual Field (By Confrontation) | |
|---|---|
| OD | OS |
| Restricted | FTFC |

| Intraocular Pressure | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Date | Time | Method | OD | | | OS | | |
| | | | Measured | Correction | Target | Measured | Correction | Target |
| 03/16/2021 | 15:59 | TONO | 21 | | | 11 | | |

| Binocular Testing / Vision Assessment | | | | | | |
|---|---|---|---|---|---|---|
| Visual Acuities (Unaided) | OD | 20/400 | OS | 20/400 | OU | |

### Anterior Exam

| | OD | OS | | |
|---|---|---|---|---|
| Adnexa | Normal | Normal | | |
| Lids | Normal | Normal | | |
| Tarsal Plate | Normal | Normal | | |
| Lacrimal Glands | Normal | Normal | | |
| Lacrimal Drainage | Normal | Normal | | |
| Orbits | Normal | Normal | | |
| Preauricular Nodes | Normal | Normal | | |
| Conjunctiva | OD | OS | | |
| Bulbar | W + Q | W + Q | | |
| Palpebral | Normal | Normal | | |
| | OD | OS | | |
| Cornea | BCL in place | Clear | | |
| Epithelium | Normal | Normal | | |
| Endothelium | Normal | Normal | | |
| Stroma | Normal | Normal | | |
| Tear Film | Normal | Normal | | |
| Sclera | Normal | Normal | | |
| | OD | OS | | |
| Anterior Chamber | Deep and Quiet | Deep and Quiet | | |
| Depth / Cells / Flare | N/A | N/A | N/A | N/A | N/A | N/A |

Patient was dilated. Dilation occurred at 15:59. TROPICAMIDE 1% OD drops were used.

| Posterior Exam | | |
|---|---|---|
| Exam Method | 20 D Lens | |
| | OD | OS |
| Optic Disc | Normal | Normal |
| Size | Normal | Normal |
| Ratio | . / 0.6 | / |
| Appearance | Normal | Normal |
| Nerve Fiber Layer | Normal | Normal |
| | OD | OS |
| Retina | Attached | Normal |
| Macula | Mac hole | Normal |
| Post Retina | Normal | Normal |
| Vessels | Normal | Normal |
| Periphery | PRimary SB | Normal |
| Vitreous | Clear | Clear |
| Diabetic Details | OD | OS |
| | OD | OS |

| Tests Performed |
|---|

OCT Retina
Ordered: 03/16/2021
Eye: Both Eyes
Location: OU
Diagnosis: H35.341
Reviewed: 03/16/2021

| Diagnosis And Plan |
|---|

**H35.341  Macular cyst, hole, or pseudohole, right eye  OD**
Assessment: Discussed etiology and severity of hole
Plan: The patient was advised, that due to their medical condition, the importance of keeping all follow-up appointments for treatment, testing and routine exams. Neglect of these conditions can lead to various complications, including vision loss and blindness. The patient indicates they understand the seriousness of the disease and compliance.

S/P retinal detachment OD with retina attached. BCL removed today in clinic. Mac OCT done today shows mac hole OD. Discussed with patient treatment options including observation and surgery. All risk, benefits, alternatives and potential complications explained. Discussed with patient face down positioning x 3 days after surgery. Explained that vision will be limited after surgery. Discussed with patient progression of cataracts after retinal surgery. Patient understands all options and wishes to proceed with surgery.

Plan PPV / ILMP right eye for full thickness mac hole
PCP clearance needed

**H25.13  Age-related nuclear cataract, bilateral  OU**
Assessment: NUCLEAR SCLEROTIC CATARACT
Plan: Options discussed with patient

**H33.011  Retinal detachment with single break, right eye  OD**
Assessment: Serious nature of retinal detachment discussed with the patient.

**Professionals Contributing To Medical Record:** Destiny Phillips ^fx.iif("=",",'on '+ ))^formatdate(,'m/d/yy'
Omar Ahmad, M.D. ^fx.iif("=",",'on '+ ))^formatdate(,'m/d/yy'

TREATMENT NOTES:

Name:       COOK, GLEN

ID:           516948
DOB:         2/19/1962
Gender:      Unknown
Technician:  Operator, Cirrus

Exam Date:      3/16/2021
Exam Time:      2:38 PM
Serial Number:  500-33252
Signal Strength: 9/10

CZMI



OD ○ | ● OS

## Macula Thickness : Macular Cube 512x128



Overlay: ILM - RPE Transparency: 50 %

High-definition mode



ILM-RPE Thickness (µm)



Fovea: 260, 72





ILM - RPE



ILM



Diversified: Distribution of Normals

- 99%
- 95%
- 5%
- 1%



RPE

| | Central Subfield Thickness (µm) | Cube Volume (mm³) | Cube Average Thickness (µm) |
|---|---|---|---|
| ILM - RPE | 263 | 9.7 | 270 |

Comments

Doctor's Signature

SW Ver: 9.5.2.19038
Copyright 2016
Carl Zeiss Meditec, Inc
All Rights Reserved

Page 1 of 1

| Name: | COOK, GLEN | | |
|---|---|---|---|



| ID: | 516948 | Exam Date: | 3/16/2021 | CZMI |
|---|---|---|---|---|
| DOB: | 2/19/1962 | Exam Time: | 2:37 PM | |
| Gender: | Unknown | Serial Number: | 500-33252 | |
| Technician: | Operator, Cirrus | Signal Strength: | 5/10 | |

## Macula Thickness : Macular Cube 512x128    OD ● ○ OS





Overlay: ILM - RPE Transparency: 50 %

High-definition mode

 



ILM-RPE Thickness (µm)    Fovea: 261, 69



ILM - RPE



ILM

RPE

Diversified: Distribution of Normals

- 99%
- 95%
- 5%
- 1%

| ⚠ | Central Subfield Thickness (µm) | Cube Volume (mm³) | Cube Average Thickness (µm) |
|---|---|---|---|
| ILM - RPE | 316 | 10.4 | 289 |

Comments

Doctor's Signature

SW Ver: 9.5.2.19038
Copyright 2016
Carl Zeiss Meditec, Inc
All Rights Reserved
Page 1 of 1

**MARION USP**  MAR - C04-002L
4500 PRISON ROAD - MARION, Illinois 62959
162862-MAR   Pass, Randall MD/CD  03/18/21
COOK, GLENN  24122-001
**Place 1 drop in left eye twice daily**

Brimonidine Tartrate Ophth 0.2 % sol [5ml]
(0) Refills  03/18/21  BC  Refill Until: 04/17/21
#5 ml  Don t Confiscate Before: 06/16/21

CAUTION: Federal/State law prohibits transfer of this drug
to any person other than patient for whom prescribed.

Topeka, Kansas 66607 / Fax: (785)232-4917 / Phone: (800) 264-0068



| Ord. Date | COOK, GLENN | | | Pass, Randall |
|---|---|---|---|---|
| 03/22/21 | 24122-001 | BC | C04 | (1) Refills |
| Exp. Date | **Place 1 drop in right eye twice daily** | | | |
| 04/21/21 | | | | |

#0 ml
162957-MAR  Brimonidine Tartrate Ophth 0.2 % sol [5ml]

| Ord. Date | COOK, GLENN | | | Pass, Randall |
|---|---|---|---|---|
| 03/22/21 | 24122-001 | BC | C04 | (1) Refills |
| Exp. Date | **Place 1 drop in right eye twice daily** | | | |
| 04/21/21 | | | | |

#0 ml
162957-MAR  Brimonidine Tartrate Ophth 0.2 % sol [5ml]

# Bureau of Prisons
# Health Services
# Clinical Encounter - Administrative Note

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | COOK, GLENN PAUL | | | Reg #: | 24122-001 |
| Date of Birth: | 02/19/1962 | Sex: | M    Race: WHITE | Facility: | MAR |
| Note Date: | 03/25/2021 10:26 | Provider: | Brooks, Leslee PA-C | Unit: | C04 |

Admin Note - Orders encounter performed at Health Services.
**Administrative Notes:**

ADMINISTRATIVE NOTE    1         Provider:   Brooks, Leslee PA-C
Pre-op orders

**New Medication Orders:**

| Rx# | Medication | Order Date |
|---|---|---|
| | Ciprofloxacin Ophth Solution 0.3% | 03/25/2021 10:26 |

**Prescriber Order:**   1 gtt In Affected Eye(s) Right Eye -four times a day x 7 day(s) -- start 4/15/2021

Indication:   Retinal detachment

**Renew Medication Orders:**

| Rx# | Medication | Order Date |
|---|---|---|
| 162863-MAR | prednisoLONE Ace. Ophth Susp 1%, 5 ml | 03/25/2021 10:26 |

**Prescriber Order:**   Place 1 drop in right eye four times daily x 30 day(s) -- start 4/15/2021

Indication:   Retinal detachment

**New Non-Medication Orders:**

| Order | Frequency | Duration | Details | Ordered By |
|---|---|---|---|---|
| NPO | One Time | | NPO after midnight for surgery on 4/15/2021 take eye gtts to surgery with inmate | Brooks, Leslee PA-C |

Order Date:        03/25/2021

Schedule:

| Activity | Date Scheduled | Scheduled Provider |
|---|---|---|
| History/Physical pre-op | 03/29/2021 09:00 | MLP 01 |

**Copay Required:** No          **Cosign Required:** Yes
**Telephone/Verbal Order:**   No

Completed by Brooks, Leslee PA-C on 03/25/2021 10:40
Requested to be cosigned by  Pass, Randall MD/CD.
Cosign documentation will be displayed on the following page.

**Bureau of Prisons**
**Health Services**
**Cosign/Review**

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | COOK, GLENN PAUL | | | Reg #: | 24122-001 |
| Date of Birth: | 02/19/1962 | Sex: | M | Race: | WHITE |
| Encounter Date: | 03/25/2021 10:26 | Provider: | Brooks, Leslee PA-C | Facility: | MAR |

**Cosigned by Pass, Randall MD/CD on 03/25/2021 10:45.**

Case 3:24-cv-01152-RJD    Document 1    Filed 04/22/24    Page 92 of 135    Page ID #92

# Marion Eye Surgery Center

## 2900 Broadway Suite B

## Mount Vernon, IL 62864

## Fax Cover Sheet

Send To - _____ From _Kelley_____

Attention - _____ Date _____

Fax Number - _964-2056_____ Phone – 618-969-8700

Total Pages Including Cover - _____ Fax – 618-899-9020 MUST DIAL 1-618

Comments-

_Drops to Start_

_4-16-21_

CONFIDENTIALITY NOTICE: The Fax and any included attachments in this e-mail are private and may contain Protected Health Information. If you are not the intended recipient be advised that any unauthorized use, disclosure, copying, distribution or the taking of any action in reliance on the contents of this information is strictly prohibited. If you have received this fax or email in error, please immediately notify the sender by return e-mail or by telephone at (618-)969-8700.

Printed Patient Materials

24/22-001
Marion USP

Wednesday, April 14, 2021

## Omar Ahmad MD
DEA: FA1585061 NPI: 1205952249
Marion Eye Surgery Center LLC
2900 Broadway Suite B   Mt Vernon, IL 62864
Phone: (618)244-2777  Fax: (618)899-0031

PATIENT: Glen Paul Cook  Gender: Male    DOB: 02/19/1962    DAY TEL:
4500 Prison Rd  Marion, IL 62959    MRN: 517082    EVENING: 6189641441

| DRUG | SIG | Dispense | REFILLS | Brand Medically Necessary |
|---|---|---|---|---|
| prednisolone acetate 1 % eye drops,suspension | 1 drop in surgical eye four times a day | 5 (five) Milliliter | 1 | No |
| Ocuflox 0.3 % eye drops | 1 drop in surgical eye four times a day | 5 (five) Milliliter | 0 | No |

Signature:

# Bureau of Prisons
# Health Services
# Clinical Encounter - Administrative Note

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | COOK, GLENN PAUL | | | Reg #: | 24122-001 |
| Date of Birth: | 02/19/1962 | Sex: M  Race: WHITE | | Facility: | MAR |
| Note Date: | 04/15/2021 09:17 | Provider: Brooks, Leslee PA-C | | Unit: | Z02 |

Admin Note - Orders encounter performed at Health Services.
**Administrative Notes:**

ADMINISTRATIVE NOTE  1          Provider:  Brooks, Leslee PA-C
        Consultation update

**New Consultation Requests:**

| Consultation/Procedure | Target Date | Scheduled Target Date | Priority | Translator | Language |
|---|---|---|---|---|---|
| Ophthalmology | 04/16/2021 | 04/16/2021 | Routine | No | English |

Subtype:
        Other Offsite Appt
Reason for Request:
        Post-op after cataract surgery, already scheduled.

**Copay Required:** No          **Cosign Required:** No
**Telephone/Verbal Order:** No

Completed by Brooks, Leslee PA-C on 04/15/2021 09:18

*24122-001*

Marion Eye Surgery Center
P.O. Box 1178
Marion, IL 62959
Phone: (618) 969-8777
Fax: (618) 899-9020
Marion Eye Surgery Center



USP/SCP Marion
Marion Eye Surgical Center

## OPERATIVE REPORT

Patient Name: Cook  Glen  P          Account# 517112
DOB: 02/19/1962  Age: 59  Sex: M
Procedure Date: 04/15/2021
Surgeon: Omar Ahmad M.D.
Facility: MARION EYE SURGERY CTR

PREOPERATIVE DIAGNOSIS:      1.      Macular hole, Right eye.
POSTOPERATIVE DIAGNOSIS: 1. Same plus retinal tear, Right eye.
PROCEDURE:      1.      Pars plana vitrectomy, internal limiting membrane peel, endolaser photocoagulation, air fluid exchange, gas exchange with 18% SF6 gas, Right eye. (CPT 67042)
ANESTHESIA:      MAC with peribulbar injection of Marcaine, Hyaluronidase, and Lidocaine, Right eye.
PREOPERATIVE ASSESSMENT:   Patient was seen in clinic and diagnosed with a macular hole. The risks, benefits, alternatives to treatment were discussed and the patient agreed to proceed with macular hole repair surgery.

OPERATIVE NOTE: The patient was given a peribulbar injection of Lidocaine, Hyaluronidase, and Marcaine in the preoperative area. The patient was then brought to the operating room and prepped and draped in the usual sterile fashion for intraocular surgery. A time out was performed to ensure the correct patient, surgical location, and procedure. An infusion line was inserted in the inferior temporal quadrant. The infusion line was checked for correct placement and was then turned on. Cannulas on trocars were inserted through beveled superior sclerotomies. The posterior hyaloids was elevated using the vitrector and a full pars plana vitrectomy was performed. A central macular hole was noted to be present and ICG dye was injected in order to stain the internal limiting membrane. This membrane was then elevated with a Tano scraper and forceps. The membranes were not fully peeled to allow a scaffold for better hole closure given the large hole size. The peripheral retina was check for tears or breaks. The retinal detachment was fully treated with a scleral buckle, but there was one untreated tear falling on the scleral buckle, which was lasered. An air fluid exchange was performed. A gas fluid exchange was performed with 18% SF6 gas. The cannulas were removed and vicryl suture was used to ensure that the sclerotomies were air tight. Subconjunctival injections of Vancomycin and Solu Cortef were given. The patient was returned to the postoperative area in stable condition. The patient is to follow up with me tomorrow for a postoperative day 1 check.

Surgeon: Omar Ahmad M.D.

Thursday, April 15, 2021 12:18 pm

Glen P. Cook
(Prisoner)
517112

# MARION EYE SURGERY CENTER
## HOME CARE INSTRUCTION AFTER RETINA SURGERY

1.The eye will be patched after the surgery. Leave this patch on. We will remove it at your post-operative visit at the Marion Eye Center located in: _____, on _____ at _____:_____ and located in:_____, on _____ at _____

Underneath the patch, the eye may feel scratchy or irritated, this is normal. DO NOT RUB THE EYE.

**2. ACTIVITY:** **NO** strenuous activity such as exercise, bending, or lifting more than **15 pounds** for **2 weeks** after your surgery. **DO NOT RUB THE EYE.**

**3. BATHING:** Keep water out of the eye for 2 days after surgery. You may take a shower and allow to water to hit your back but do not get water in your face. You may wash your hair "salon style".

**4. PROTECT YOUR EYE:** Protect your eye when you lie down day or night by using the plastic shield for 1 week.

**5. EYE DROPS:** All instructions for drops will be reviewed with you at your follow up appointment. Prescriptions for these drops will be given to you today. Bring these drops with you to your next day appointment. When administering the drops allow 5 minutes between each drop. Use the drops in the surgical eye only unless otherwise directed.

a. **Prednisolone Acetate** (pink cap): 1 drop, 4 times a day until Dr. Omar instructs you to discontinue these
b. **Ciprofloxacin/Oflazacin/Ocuflox:** 1 drop, 4 times a day for 1 week only

**6.** You may take 1 or 2 tablets of regular or extra strength Tylenol (acetaminophen) every 4 hours for pain. **Avoid** aspirin, ibuprofen, and other non-steroidal pain relievers as these thin the blood. If you require stronger pain relief than Tylenol, this will be given to you at your follow up appointment.

7) If you received a gas or air injection into the eye, do not fly in an airplane or have anesthesia that uses nitrous oxide until the gas bubble is gone.
**Special positioning instructions:** face down positioning 90% of the day 5 to 7 days. 5 minute breaks every hour. Keep eye patched until tomorrow.
8) If you notice **SEVERE PERSISTENT PAIN** or **SUDDEN LOSS OF VISION** or anything at all that you thinks is unusual, call immediately.
9) NO DRIVING FOR 24 HOURS AFTER SURGERY

Dr. Omar Ahmad
Marion Eye Centers
Phone Number: **1-800-344-7058**

After hours please call **(618)993-5686** and listen to the answering machine for instructions on how to reach someone who will help you reach the physician on call.

_____    4/15/21
SIGNATURE OF PERSON RESPONSIBLE        DATE

# Bureau of Prisons
## Health Services
## Cosign/Review

| | | | | | | |
|---|---|---|---|---|---|---|
| Inmate Name: | COOK, GLENN PAUL | | | | Reg #: | 24122-001 |
| Date of Birth: | 02/19/1962 | Sex: | M | | Race: | WHITE |
| Encounter Date: | 04/15/2021 13:50 | Provider: | Moulton, Andrew RN | | Facility: | MAR |

**Cosigned by Brooks, Leslee PA-C on 04/15/2021 14:44.**

**Bureau of Prisons**
**Health Services**
**Clinical Encounter**

| | | |
|---|---|---|
| Inmate Name: COOK, GLENN PAUL | | Reg #: 24122-001 |
| Date of Birth: 02/19/1962 | Sex: M   Race: WHITE | Facility: MAR |
| Encounter Date: 04/15/2021 13:50 | Provider: Moulton, Andrew RN | Unit: Z02 |

Nursing - Medical Trip Return encounter performed at Health Services.

**SUBJECTIVE:**

COMPLAINT 1        Provider: Moulton, Andrew RN

Chief Complaint: Medical Trip Return
Subjective: Inmate voices no complaints at this time.
**Pain:** No

**OBJECTIVE:**
**Temperature:**

| Date | Time | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|
| 04/15/2021 | 13:49 MAR | 98.0 | 36.7 | Forehead | Moulton, Andrew RN |

**Exam:**

**General**

**Affect**

Yes: Pleasant, Cooperative

**Appearance**

Yes: Appears Well, Alert and Oriented x 3
No: Appears Distressed

**Skin**

**General**

Yes: Within Normal Limits

**Exam Comments**

Inmate returns following retina surgery. Inmate briefly seen by Dr. Bugg who reinforced the education of laying face down 90% of the time for the next week. Inmate is to go back to eye surgeon tomorrow. Eye Patch in place. Paperwork received.

**ASSESSMENT:**

No Significant Findings/No Apparent Distress

**PLAN:**

**Disposition:**

To be Evaluated by Provider

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 04/15/2021 | Counseling | Access to Care | Moulton, Andrew | Verbalizes Understanding |
| 04/15/2021 | Counseling | Plan of Care | Moulton, Andrew | Verbalizes Understanding |
| 04/15/2021 | Counseling | Plan of Care | Moulton, Andrew | Verbalizes Understanding |

Inmate Name:   COOK, GLENN PAUL                                          Reg #:   24122-001
Date of Birth:   02/19/1962              Sex:     M     Race:   WHITE     Facility:   MAR
Encounter Date:  04/15/2021 13:50        Provider:   Moulton, Andrew RN   Unit:    Z02

| Date Initiated Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|

**Copay Required:** No            **Cosign Required:** Yes

**Telephone/Verbal Order:** Yes        **By:** Brooks, Leslee PA-C

**Telephone or Verbal order read back and verified.**


Completed by Moulton, Andrew RN on 04/15/2021 13:53

Requested to be cosigned by Brooks, Leslee PA-C.

Cosign documentation will be displayed on the following page.

**Marion Eye Center, LTD**
Po Box 1178
Marion, IL 62959-1178
Phone: (800)344-7058
Fax: (618) 997-5505
Marion

24122-001

| | |
|---|---|
| **Examination** | **USP/SCP Marion** |

Name: Glen Cook
Acct #: 516948
Date of Birth: 02/19/1962

Exam Date: 04/16/2021

## Complaint

59 year old male presented for 1 day post op ppv/ ilmp/ el od, pain when eye is cold, blurred va in right eye for 1 day. The timing is described as constant. Quality is unchanging. Severity is described as stable. Patient described the following signs and symptoms: blurred va. Patient declines presence of: pain,diplopia,flashes,floaters.

## Review Of Systems

| General Health | Systems Reviewed and Negative |
|---|---|
| Constitution | negative |
| Cardiovascular | High Cholesterol |
| Ears, Nose, Mouth, Throat | negative |
| Respiratory | negative |
| Gastrointestinal | negative |
| Genitourinary | negative |
| Musculoskeletal | negative |
| Integumentary | Negative |
| Neurological | negative |
| Psychiatric | Negative |
| Endocrine | negative |
| Hematologic/Lymphatic | negative |
| Allergic/Immunologic | negative |

## Mental Assessment

| Time / Place / Person | oriented |
|---|---|
| Mood / Affect | Appropriate |

## Surgical History

02/04/2021 SB/ C3F8 100% Right Eye
04/15/2021 PPV/ILMP/EL/SF6 18% Right Eye

## Health History

**Ocular History**
Retinal detachment

**Social History**
None

**Tobacco History**
Never smoker

**Tobacco History**
Former smoker

**Family Medical History**
Fhx of cataract
Fhx of hypertension
Denies Fhx of diabetes mellitus

| Other Medical History | |
|---|---|
| Prior Hospitalization | Patient has never been hospitalized. |
| Dentures | None |
| Ambulatory / Walking | None |

| Other Personal Information | |
|---|---|
| Hobbies | None |

### Allergies

Patient reported no known drug allergies.

### Current Medications

| Started | Name | Prescribed This Visit | Strength | SIG |
|---|---|---|---|---|
| 02/02/2021 | ATORVASTATIN CALCIUM | | 10 mg | Take 1 Tablet by mouth daily |
| | Latanoprost | | 0.005 % | Instill 1 drop in affected eye(s) every evening |
| 02/03/2021 | Ocuflox | | 0.3 % ML | 1 drop in surgical eye four times a day |
| | prednisolone acetate | | 1 % ML | 1 drop in surgical eye four times a day |
| 04/14/2021 | Ocuflox | | 0.3 % ML | 1 drop in surgical eye four times a day |
| | prednisolone acetate | | 1 % ML | 1 drop in surgical eye four times a day |

### Visual Acuities

| | SC Dist | PH | CC Dist | PH | SC Near | CC Near | Method: Snellen |
|---|---|---|---|---|---|---|---|
| OD | HM | | | | HM | | |
| OS | 20/400 | | | | 20/800 | | |

### Pupils / Iris

| | | Iris | Shape | Direct | Consensual | Acc | APD | Dim | Bright | |
|---|---|---|---|---|---|---|---|---|---|---|
| OD | R&SR | | | | | | No APD | 9 | 9 | mm |
| OS | Round | | | | | | No APD | 7 | 5 | mm |

### Extraocular Muscle

| OD | OS |
|---|---|
| Full / No Rest. | Full / No Rest. |

### Visual Field (By Confrontation)

| OD | OS |
|---|---|
| Restricted | FTFC |

### Intraocular Pressure

| Date | Time | Method | OD | | | OS | | |
|---|---|---|---|---|---|---|---|---|
| | | | Measured | Correction | Target | Measured | Correction | Target |
| 04/16/2021 | 15:03 | TONO | 34 | | | | | |

### Binocular Testing / Vision Assessment

| Visual Acuities (Unaided) | OD | HM | OS | 20/400 | OU | |
|---|---|---|---|---|---|---|

| Anterior Exam | | |
|---|---|---|
| | **OD** | **OS** |
| **Adnexa** | Normal | Normal |
| **Lids** | Normal | Normal |
| **Tarsal Plate** | Normal | Normal |
| **Lacrimal Glands** | Normal | Normal |
| **Lacrimal Drainage** | Normal | Normal |
| **Orbits** | Normal | Normal |
| **Preauricular Nodes** | Normal | Normal |
| **Conjunctiva** | **OD** | **OS** |
| **Bulbar** | W + Q | W + Q |
| **Palpebral** | Normal | Normal |
| | **OD** | **OS** |
| **Cornea** | BCL In place | Clear |
| **Epithelium** | Normal | Normal |
| **Endothelium** | Normal | Normal |
| **Stroma** | Normal | Normal |
| **Tear Film** | Normal | Normal |
| **Sclera** | Normal | Normal |
| | **OD** | **OS** |
| **Anterior Chamber** | Deep and Quiet | Deep and Quiet |

| | **OD** | | | **OS** | | |
|---|---|---|---|---|---|---|
| **Depth / Cells / Flare** | N/A | N/A | N/A | N/A | N/A | N/A |

| | **OD** | **OS** |
|---|---|---|
| **Iris** | Normal | Normal |
| **Lens** | Mild nsc | Clear |
| **Clarity** | Clear | Clear |
| **Anterior Cap** | N/A | N/A |
| **Posterior Cap** | N/A | N/A |
| **Cortex** | Clear | Clear |
| **Nucleus** | Clear | Clear |

| Posterior Exam | |
|---|---|
| **Exam Method** | 20 D Lens |
| | **OD** | **OS** |
| **Optic Disc** | Normal | Normal |
| **Size** | Normal | Normal |
| **Ratio** | / 0.6 | / |
| **Appearance** | Normal | Normal |
| **Nerve Fiber Layer** | Normal | Normal |
| | **OD** | **OS** |
| **Retina** | Attached | Normal |
| **Macula** | Mac hole | Normal |
| **Post Retina** | Normal | Normal |

|  | OD | OS |
|---|---|---|
| Vessels | Normal | Normal |
| Periphery | PRimary SB | Normal |
| Vitreous | Gas bubble | Clear |

## Diagnosis And Plan

**H35.341  Macular cyst, hole, or pseudohole, right eye  OD**
Assessment:  1 day s/p PPV/MP
Ocular htn OD
Plan:  Continue drops OD
Start combigan tid OD
Shield qhs OD x 1 week

RTC as scheduled with Dr.Omar


**Professionals Contributing To Medical Record:**  Melissa Keller
Dirk Bochner, O.D.

# Bureau of Prisons
## Health Services
## Clinical Encounter

| | | | |
|---|---|---|---|
| Inmate Name: COOK, GLENN PAUL | | | Reg #: 24122-001 |
| Date of Birth: 02/19/1962 | Sex: M Race: WHITE | | Facility: MAR |
| Encounter Date: 04/16/2021 18:17 | Provider: Moulton, Andrew RN | | Unit: C04 |

Nursing - Medical Trip Return encounter performed at Health Services.

**SUBJECTIVE:**

COMPLAINT 1       Provider: Moulton, Andrew RN

Chief Complaint: Medical Trip Return
Subjective:     Inmate voices no complaints.
Pain:           No

**OBJECTIVE:**
**Temperature:**

| Date | Time | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|
| 04/16/2021 | 18:16 MAR | 97.5 | 36.4 | Forehead | Moulton, Andrew RN |

**Exam:**

**General**

**Affect**

Yes: Pleasant, Cooperative

**Appearance**

Yes: Appears Well, Alert and Oriented x 3
No: Appears Distressed

**Head**

**General**

Yes: Raccoon Eyes

**Exam Comments**

Inmate returns following medical trip to Marion Eye Center for 1 day post op evaluation. Paperwork received and orders. Inmate appears generally well. Inmate to shield right eye every night for one week and to start combigan eye drops.

**ASSESSMENT:**

No Significant Findings/No Apparent Distress

**PLAN:**

**Disposition:**

Follow-up at Sick Call as Needed
To be Evaluated by Provider

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 04/16/2021 | Counseling | Pain Management | Moulton, Andrew | Verbalizes Understanding |
| 04/16/2021 | Counseling | Access to Care | Moulton, Andrew | Verbalizes Understanding |

**Copay Required:** No          **Cosign Required:** Yes

Generated 04/16/2021 18:30 by Moulton, Andrew RN          Bureau of Prisons - MAR          Page 1 of 2

| | | | |
|---|---|---|---|
| Inmate Name: COOK, GLENN PAUL | | | Reg #: 24122-001 |
| Date of Birth: 02/19/1962 | Sex: M Race: WHITE | | Facility: MAR |
| Encounter Date: 04/16/2021 18:17 | Provider: Moulton, Andrew RN | | Unit: C04 |

**Telephone/Verbal Order:** Yes     **By:** Brooks, Leslee PA-C

**Telephone or Verbal order read back and verified.**

Completed by Moulton, Andrew RN on 04/16/2021 18:30

Requested to be cosigned by Brooks, Leslee PA-C.

Cosign documentation will be displayed on the following page.

# Bureau of Prisons
# Health Services
# Clinical Encounter - Administrative Note

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | COOK, GLENN PAUL | | | Reg #: | 24122-001 |
| Date of Birth: | 02/19/1962 | Sex: | M   Race: WHITE | Facility: | MAR |
| Note Date: | 04/22/2021 06:21 | Provider: | Bugg, K. OD | Unit: | C04 |

Admin Note - General Administrative Note encounter performed at Health Services.

**Administrative Notes:**

ADMINISTRATIVE NOTE   1          Provider:  Bugg, K. OD

Patient had macular hole surgery 4/15/21.  Patient is being closely monitored by Marion Eye Center, inputting consult.  Patient was also prescribed drops for glaucoma at most recent visit with Marion Eye Center, inputting scripts.

**New Medication Orders:**

| Rx# | Medication | Order Date |
|---|---|---|
| | Brimonidine Tartrate 0.2%  Ophth soln | 04/22/2021 06:21 |

**Prescriber Order:**    1 gtt In Affected Eye(s) Right Eye -  three times a day x 30 day(s)

Indication:   Unspecified glaucoma

| | | |
|---|---|---|
| | Timolol Maleate Ophth Solution 0.5% | 04/22/2021 06:21 |

**Prescriber Order:**    1 gtt In Affected Eye(s) Right Eye -  three times a day x 30 day(s) --
Separate all drops used by 5 minutes

Indication:   Unspecified glaucoma

**New Consultation Requests:**

| Consultation/Procedure | Target Date | Scheduled Target Date | Priority | Translator | Language |
|---|---|---|---|---|---|
| Ophthalmology | 05/07/2021 | 05/07/2021 | Urgent | No | |

Subtype:

Retina Specialist

Reason for Request:

Patient has retinal hole repair with vitrectomy completed on 4/15/21 requiring follow up care.  Appointment scheduled.

**Copay Required:** No          **Cosign Required:** No

**Telephone/Verbal Order:**   No

Completed by Bugg, K. OD on 04/22/2021 07:02

Requested to be reviewed by  Pass, Randall (MAT) MD/CD.

Review documentation will be displayed on the following page.

# Bureau Of Prisons
## Health Services
## Cosign/Review

| | | | | |
|---|---|---|---|---|
| Inmate Name: | COOK, GLENN PAUL | | Reg #: | 24122-001 |
| Date of Birth: | 02/19/1962 | Sex: M | Race: | WHITE |
| Encounter Date: | 04/22/2021 06:21 | Provider: Bugg, K. OD | Facility: | MAR |

**Reviewed by Pass, Randall (MAT) MD/CD on 04/22/2021 16:04.**

# Bureau of Prisons
## Health Services
## Clinical Encounter - Administrative Note

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | COOK, GLENN PAUL | | | Reg #: | 24122-001 |
| Date of Birth: | 02/19/1962 | Sex: | M    Race: WHITE | Facility: | MAR |
| Note Date: | 05/11/2021 11:03 | Provider: | Cochran, Melissa Health | Unit: | C04 |

Admin Note - Canceled Appt/Trip encounter performed at Health Services.
**Administrative Notes:**

> ADMINISTRATIVE NOTE   1              Provider:   Cochran, Melissa Health Services Assistant
> 5/7/2021 Ophthalmology appoint to be rescheduled due to staffing issues.

**Copay Required:** No          **Cosign Required:**  No
**Telephone/Verbal Order:**  No

Completed by Cochran, Melissa Health Services Assistant on 05/11/2021 11:03

# Bureau of Prisons
# Health Services
# Clinical Encounter

| | | | | |
|---|---|---|---|---|
| Inmate Name: | COOK, GLENN PAUL | | Reg #: | 24122-001 |
| Date of Birth: | 02/19/1962 | Sex: M Race: WHITE | Facility: | MAR |
| Encounter Date: | 06/08/2021 18:25 | Provider: Skaggs, Jessica BSN, RN | Unit: | C04 |

Nursing - Medical Trip Return encounter performed at Other.

**SUBJECTIVE:**

COMPLAINT 1    Provider:  Skaggs, Jessica BSN, RN
   Chief Complaint:  Medical Trip Return
   Subjective:    Back from eye appointment
   **Pain:**      No

**OBJECTIVE:**

**Exam:**

**General**

    **Affect**

      Yes: Pleasant

    **Appearance**

      Yes: Appears Well

**ASSESSMENT:**

No Significant Findings/No Apparent Distress

Inmate back from med trip to Marion Eye Center. No distress at this time and no injuries.

**PLAN:**

**Disposition:**

Follow-up at Sick Call as Needed

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 06/08/2021 | Counseling | Access to Care | Skaggs, Jessica | Verbalizes Understanding |

**Copay Required:** No    **Cosign Required:** No

**Telephone/Verbal Order:** No

Completed by Skaggs, Jessica BSN, RN on 06/08/2021 18:29

Requested to be reviewed by Brooks, Leslee PA-C.

Review documentation will be displayed on the following page.

# Bureau of Prisons
# Health Services
# Cosign/Review

| | | | | | | |
|---|---|---|---|---|---|---|
| Inmate Name: | COOK, GLENN PAUL | | | | Reg #: | 24122-001 |
| Date of Birth: | 02/19/1962 | Sex: | M | | Race: | WHITE |
| Encounter Date: | 06/08/2021 18:25 | Provider: | Skaggs, Jessica BSN, | | Facility: | MAR |

**Reviewed by Brooks, Leslee PA-C on 06/14/2021 08:03.**

# Bureau of Prisons
## Health Services
## Clinical Encounter - Administrative Note

| | | | | | | |
|---|---|---|---|---|---|---|
| Inmate Name: | COOK, GLENN PAUL | | | Reg #: | 24122-001 | |
| Date of Birth: | 02/19/1962 | Sex: | M    Race: WHITE | Facility: | MAR | |
| Note Date: | 06/14/2021 11:50 | Provider: | Brooks, Leslee PA-C | Unit: | C04 | |

Admin Note - Orders encounter performed at Health Services.
**Administrative Notes:**

ADMINISTRATIVE NOTE   1          Provider:   Brooks, Leslee PA-C
Will renew prior medications for glaucoma.

**Renew Medication Orders:**

| Rx# | Medication | Order Date |
|---|---|---|
| 153815-MAR | Latanoprost Ophth Soln 0.005% [2.5ml] | 06/14/2021 11:50 |

**Prescriber Order:**     Place 1 drop in both eyes at bedtime x 365 day(s)

Indication:   Unspecified glaucoma

**Other:**

Discussed with CD. Specialty notes do not determine current needed therapy. Will have in house optometrist review case when available.

**Copay Required:** No          **Cosign Required:** No

**Telephone/Verbal Order:**   No

Completed by Brooks, Leslee PA-C on 06/17/2021 10:55
Requested to be reviewed by  Bugg, K. OD.
Review documentation will be displayed on the following page.

Reg #:  24122-001                    Inmate Name:   COOK, GLENN PAUL

**Vision Screen on** 06/22/2011 10:29

  **Blindness:**

**Distance Vision:** OD: 20/200        OS: 20/200        OU: 20/200

**Near Vision:**   OD:              OS:              OU:

  **With Corrective**

**Distance Vision:** OD: 20/20        OS: 20/20        OU: 20/20

**Near Vision:**   OD:              OS:              OU:

**Present Glasses - Distance**           **Refraction - Distance**

|   | Sphere | Cylinder | Axis | Add |   | Sphere | Cylinder | Axis | Add |
|---|--------|----------|------|-----|---|--------|----------|------|-----|
| **R:** |   |   |   |   | **R:** |   |   |   |   |
| **L:** |   |   |   |   | **L:** |   |   |   |   |

**Color Test:** Normal

**Tonometry:**  R:        L:

**Comments:**

  **Orig Entered:**   06/22/2011 11:32 EST   Brooks, Leslee PA-C

# Bureau of Prisons
# Health Services
# Clinical Encounter

| | | |
|---|---|---|
| Inmate Name: COOK, GLENN PAUL | | Reg #: 24122-001 |
| Date of Birth: 02/19/1962 | Sex: M  Race: WHITE | Facility: MAR |
| Encounter Date: 07/15/2021 10:34 | Provider: Bugg, K. OD | Unit: C04 |

Optometry - Optometry Exam encounter performed at Health Services.

**SUBJECTIVE:**

COMPLAINT 1        Provider: Bugg, K. OD

Chief Complaint: Eyes/Vision Problems

Subjective: Patient has history of serous RD, with macular hole repair and cataract OD, glaucoma OU. Patient is using latanoprost 1 gtt OU QHS with good compliance. Patient reports blurry vision OD, requesting glasses update. Comprehensive exam in June at Marion eye Center

Pain: No

**Vision Screen on 07/15/2021 11:22**

**Blindness:**

| | | | |
|---|---|---|---|
| Distance Vision: | Right Eye: 20/HM (Hand | Left Eye: 20/50 | Both Eyes: |
| Near Vision: | Right Eye: | Left Eye: | Both Eyes: |

**With Corrective Lenses**

| | | | |
|---|---|---|---|
| Distance Vision: | Right Eye: 20/HM (Hand | Left Eye: 20/20 | Both Eyes: |
| Near Vision: | Right Eye: | Left Eye: | Both Eyes: |

**Present Glasses - Distance**

| | Sphere | Cylinder | Axis | Add |
|---|---|---|---|---|
| R: | -1.75 | | | |
| L: | -1.00 | -0.50 | 10 | |

**Refraction - Distance**

| | Sphere | Cylinder | Axis | Add |
|---|---|---|---|---|
| R: | -5.00 | -1.00 | 175 | |
| L: | | | | |

Color Test:

Tonometry: L: 20        R: 15

Comments: BCVA
20/100
20/20

**OBJECTIVE:**

**ASSESSMENT:**

Myopia, H5210 - Current

Retinal detachment, H338 - Current

Unspecified cataract, H269 - Current

Unspecified glaucoma, H409 - Current

**PLAN:**

Schedule:

| Activity | Date Scheduled | Scheduled Provider |
|---|---|---|
| Clinical Encounter | 08/13/2021 06:00 | Optometrist |
| contact lens fittin | | |

Disposition:

Follow-up in 1 Month

Generated 07/15/2021 11:28 by Bugg, K. OD

| Inmate Name: COOK, GLENN PAUL | | Reg #: 24122-001 |
|---|---|---|
| Date of Birth: 02/19/1962 | Sex: M   Race: WHITE | Facility: MAR |
| Encounter Date: 07/15/2021 10:34 | Provider: Bugg, K. OD | Unit: C04 |

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 07/15/2021 | Counseling | Plan of Care | Bugg, K. | Verbalizes Understanding |

Patient has had large shift due to cataract formation and RD. Patient meets requirements for contact lens for BOP due to anisometropia. Patient has poor vision OD even with contact lens, but requesting better correction to improve binocularity. Will bring contact lens for trialing for patient to wear under glasses correction.

**Copay Required:** No          **Cosign Required:** No

**Telephone/Verbal Order:** No

Completed by Bugg, K. OD on 07/15/2021 11:28

Requested to be reviewed by Pass, Randall (MAT) MD/CD.

Review documentation will be displayed on the following page.

| Reg #:  24122-001 | Inmate Name:   COOK, GLENN PAUL |
|---|---|

**Vision Screen on** 07/15/2021 11:22

**Blindness:**

**Distance Vision:** OD: 20/HM (Hand motion)    OS: 20/50    OU:

**Near Vision:**    OD:    OS:    OU:

**With Corrective**

**Distance Vision:** OD: 20/HM (Hand motion)    OS: 20/20    OU:

**Near Vision:**    OD:    OS:    OU:

**Present Glasses - Distance**

| | Sphere | Cylinder | Axis | Add |
|---|---|---|---|---|
| R: | -1.75 | | | |
| L: | -1.00 | -0.50 | 10 | |

**Refraction - Distance**

| | Sphere | Cylinder | Axis | Add |
|---|---|---|---|---|
| R: | -5.00 | -1.00 | 175 | |
| L: | | | | |

**Color Test:**

**Tonometry:**  R: 15    L: 20

**Comments:** BCVA
20/100
20/20

   **Orig Entered:**   07/15/2021 12:25 EST   Bugg, K. OD

# Bureau of Prisons
# Health Services
# Cosign/Review

| | | | | Reg #: | 24122-001 |
|---|---|---|---|---|---|
| Inmate Name: | COOK, GLENN PAUL | Sex: | M | Race: | WHITE |
| Date of Birth: | 02/19/1962 | Provider: | Bugg, K. OD | Facility: | MAR |
| Encounter Date: | 07/15/2021 10:34 | | | | |

Reviewed by Pass, Randall (MAT) MD/CD on 08/10/2021 13:40.

# Bureau of Prisons
## Health Services
## Clinical Encounter

| | | | |
|---|---|---|---|
| | | | Reg #: 24122-001 |
| Inmate Name: COOK, GLENN PAUL | Sex: M Race: WHITE | | Facility: MAR |
| Date of Birth: 02/19/1962 | Provider: Bugg, K. OD | | Unit: C04 |
| Encounter Date: 08/12/2021 06:44 | | | |

Optometry - Optometry Exam encounter performed at Health Services.

**SUBJECTIVE:**

COMPLAINT 1        Provider: Bugg, K. OD

Chief Complaint: Eyes/Vision Problems

Subjective: Patient has history of RD, fitting with soft lens today to help with anisometropia due to cataract formation. Patient is proficient in I&R of contact lens.

Pain: No

**Vision Screen on 08/12/2021 06:46**

Blindness:

| | | |
|---|---|---|
| | Left Eye: | Both Eyes: |
| Distance Vision: Right Eye: | Left Eye: | Both Eyes: |
| Near Vision: Right Eye: | | |

With Corrective Lenses

| | | |
|---|---|---|
| Distance Vision: Right Eye: | Left Eye: | Both Eyes: |
| Near Vision: Right Eye: | Left Eye: | Both Eyes: |

**Present Glasses - Distance**

**Refraction - Distance**

| | Sphere | Cylinder | Axis | Add |
|---|---|---|---|---|
| R: | | | | |
| L: | | | | |

| | Sphere | Cylinder | Axis | Add |
|---|---|---|---|---|
| R: | | | | |
| L: | | | | |

Color Test:

Tonometry: L:          R:

Comments: 20/100 with contact lens and glasses.

**OBJECTIVE:**

**ASSESSMENT:**

Myopia, H5210 - Current

**PLAN:**

New Medication Orders:                                                    **Order Date**

| Rx# | Medication | | 08/12/2021 06:44 |
|---|---|---|---|
| | Contact- Soft Lens Multi-Purpose Soln | | daily x 365 day(s) -- use solution |
| | **Prescriber Order:** 5 mL Other-see notes Contact Case/Box - to rinse and store contact lenses daily. | | |

Indication: Retinal detachment, Myopia

| Schedule: | **Date Scheduled** | **Scheduled Provider** |
|---|---|---|
| **Activity** | 01/13/2022 00:00 | Optometrist |
| Clinical Encounter | | |
| History RD, macular hole repair, glaucoma, CL wearer | | |

Disposition:

Follow-up in 6 Months

Reg #: 24122-001
Facility: MAR
Unit: C04

Inmate Name: COOK, GLENN PAUL
Date of Birth: 02/19/1962
Encounter Date: 08/12/2021 06:44

Sex: M    Race: WHITE
Provider: Bugg, K. OD

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 08/12/2021 | Counseling | Plan of Care | Bugg, K. | Verbalizes Understanding |

Patient was fit with contact lens today due to high anisometropia. Discussed patient will be candidate for cataract surgery most likely in near future, unable to fabricate glasses to keep up with cataract progression, also large amount of anisometropia would make glasses difficult to wear. Stressed importance of wearing glasses over contact lenses for protection of OS. Patient is visually impaired (BCVA 20/100- OD)

**Cosign Required:** No

**Copay Required:** No

**Telephone/Verbal Order:** No

Completed by Bugg, K. OD on 08/12/2021 07:03
Requested to be reviewed by Pass, Randall (MAT) MD/CD.
Review documentation will be displayed on the following page.

Bureau of Prisons - MAR

Generated 08/12/2021 07:03 by Bugg, K. OD

Reg #:  24122-001                    Inmate Name:  COOK, GLENN PAUL

**Vision Screen on** 08/12/2021 06:46

**Blindness:**

**Distance Vision:** OD:                    OS:                    OU:

**Near Vision:**    OD:                    OS:                    OU:

**With Corrective**

**Distance Vision:** OD:                    OS:                    OU:

**Near Vision:**    OD:                    OS:                    OU:

**Present Glasses - Distance**                      **Refraction - Distance**

| Sphere | Cylinder | Axis | Add |
|--------|----------|------|-----|

R:

L:

| Sphere | Cylinder | Axis | Add. |
|--------|----------|------|------|

R:

L:

**Color Test:**

**Tonometry:**  R:              L:

**Comments:**  20/100 with contact lens and glasses.

    **Orig Entered:**  08/12/2021 07:59 EST   Bugg, K. OD

# Bureau of Prisons
# Health Services
# Clinical Encounter - Administrative Note

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | COOK, GLENN PAUL | | | Reg #: | 24122-001 |
| Date of Birth: | 02/19/1962 | Sex: | M    Race: WHITE | Facility: | MAR |
| Note Date: | 08/30/2021 06:59 | Provider: | Brooks, Leslee PA-C | Unit: | C04 |

Admin Note - Orders encounter performed at Health Services.
**Administrative Notes:**

    ADMINISTRATIVE NOTE    1        Provider:    Brooks, Leslee PA-C
        Labs rejected, will re-order

**New Laboratory Requests:**

| Details | Frequency | Due Date | Priority |
|---|---|---|---|
| Lab Tests - Short List-General-CBC w/diff | One Time | 09/10/2021 00:00 | Routine |
| Lab Tests - Short List-General-Lipid Profile | | | |
| Lab Tests - Short List-General-TSH | | | |
| Lab Tests - Short List-General-Hemoglobin A1C | | | |
| Lab Tests - Short List-General-Comprehensive Metabolic Profile (CMP) | | | |

        Labs requested to be reviewed by:        Pass, Randall (MAT) MD/CD

**Copay Required:** No        **Cosign Required:** No

**Telephone/Verbal Order:** No

Completed by Brooks, Leslee PA-C on 08/30/2021 07:01

# Bureau of Prisons
# Health Services
# Clinical Encounter

| | | |
|---|---|---|
| Inmate Name: COOK, GLENN PAUL | | Reg #: 24122-001 |
| Date of Birth: 02/19/1962 | Sex: M   Race: WHITE | Facility: MAR |
| Encounter Date: 10/01/2021 09:10 | Provider: Pass, Randall (MAT) | Unit: C04 |

Chronic Care - Chronic Care Clinic encounter performed at Health Services.

**SUBJECTIVE:**

COMPLAINT 1          Provider:  Pass, Randall (MAT) MD/CD

Chief Complaint:  Chronic Care Clinic

Subjective:  59 year old here for CCC appointment regarding medical problems:
1)       HYPERLIPIDEMIA ~ on atorvastatin, and cholesterol is 199, HDL 41, LDL 138
2)       EYE ~ on latanoprost eye drops and uses contact lens and follows closely with eye doctors ~ right eye vision is still markedly diminished

Care Level 1, no medical restrictions, and a Unicor job
UTD with flu and COVID vaccines
Releases in 2037

Pain:        Not Applicable

**Seen for clinic(s):** Endocrine/Lipid, General

**ROS:**

**General**
   **Constitutional Symptoms**
      Yes: Weight Gain

**HEENT**
   **Eyes**
      Yes: Cataracts, Hx Glaucoma, Visual Loss

**Cardiovascular**
   **General**
      Yes: Hx of Hyperlipidemia

**OBJECTIVE:**
**Temperature:**

| Date | Time | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|
| 10/01/2021 | 09:10 MAR | 97.2 | 36.2 | | Pass, Randall (MAT) MD/CD |

**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 10/01/2021 | 09:10 | 79 | | | Pass, Randall (MAT) MD/CD |

**Respirations:**

| Date | Time | Rate Per Minute | Provider |
|---|---|---|---|
| 10/01/2021 | 09:10 MAR | 14 | Pass, Randall (MAT) MD/CD |

**Blood Pressure:**

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|
| 10/01/2021 | 09:10 MAR | 137/88 | | | | Pass, Randall (MAT) MD/CD |

**SaO2:**

| Inmate Name: | COOK, GLENN PAUL | | | Reg #: | 24122-001 |
|---|---|---|---|---|---|
| Date of Birth: | 02/19/1962 | Sex: M | Race: WHITE | Facility: | MAR |
| Encounter Date: | 10/01/2021 09:10 | Provider: | Pass, Randall (MAT) | Unit: | C04 |

| **Date** | **Time** | **Value(%)** | **Air** | **Provider** |
|---|---|---|---|---|
| 10/01/2021 | 09:10 MAR | 95 | | Pass, Randall (MAT) MD/CD |

**Weight:**

| **Date** | **Time** | **Lbs** | **Kg** | **Waist Circum.** | **Provider** |
|---|---|---|---|---|---|
| 10/01/2021 | 09:10 MAR | 254.0 | 115.2 | | Pass, Randall (MAT) MD/CD |

**Exam:**

**Diagnostics**

**Laboratory**

Yes: Results

**General**

**Affect**

Yes: Pleasant, Cooperative

**Appearance**

Yes: Appears Well, Alert and Oriented x 3

**Nutrition**

Yes: BMI reviewed (enter in comments), Appears Obese

**Pulmonary**

**Auscultation**

Yes: Clear to Auscultation

**Cardiovascular**

**Auscultation**

Yes: Regular Rate and Rhythm (RRR), Normal S1 and S2

No: M/R/G

**Peripheral Vascular**

**General**

No: Non-Pitting Edema, Pitting Edema

**Musculoskeletal**

**Gait**

Yes: Normal Gait

**Mental Health**

**Mood**

Yes: Within Normal Limits, Appropriate

**ROS Comments**

Weight has increased a bit, after several years of decline

**Exam Comments**

BMI = 32
Has baseline CXR and EKG on chart
Recent labs:
-normal CMP, CBC, HbA1C, TSH
-cholesterol 199, HDL 41, LDL 138

Exam normal as checked, he is wearing contact lens and glasses

**ASSESSMENT:**

| Inmate Name: COOK, GLENN PAUL | | Reg #: 24122-001 |
|---|---|---|

Inmate Name:  COOK, GLENN PAUL
Date of Birth:  02/19/1962
Encounter Date:  10/01/2021 09:10

Sex:     M    Race:  WHITE
Provider:  Pass, Randall (MAT)

Reg #:    24122-001
Facility:  MAR
Unit:     C04

Hyperlipidemia, unspecified, E785 - Current - *2021: cholesterol 199, HDL 41, LDL 138 -- on atorvastatin ||
2016 -- cholesterol 253, HDL 39, LDL 186 -- before starting medication*

Obesity, E669 - Current

Retinal detachment, H338 - Current

Unspecified glaucoma, H409 - Current

**PLAN:**

Medication Reconciliation.
The patient's known medication list including OTC items was compiled and compared to new and changed BOP orders.

**Renew Medication Orders:**                                          **Order Date**
**Rx#**          **Medication**                                       10/01/2021 09:10
158340-MAR   Atorvastatin 10 MG Tab
                 **Prescriber Order:**   Take one tablet (10 MG) by mouth each day x 365 day(s)
                 Indication:  Hyperlipidemia, unspecified

**Other Active Medications**

| Rx# | Medication | Stop Date | SIG |
|---|---|---|---|
| 166538-MAR | Contact- SM Multi-Purpose Soln 355 ml | 08/12/2022 | Place 5 mL in contact case/box each day *Use solution to rinse and store contact lenses daily* |
| 165256-MAR | Latanoprost Ophth Soln 0.005% [2.5ml] | 06/17/2022 | Place 1 drop in both eyes at bedtime |

**Other Active IVs:**

| Rx# | Medication | Stop Date | SIG |
|---|---|---|---|
| No IVs to be Reconciled. | | | |

**Other Active OTCs:**

| Medication | OTC Source | Start Date | Stop Date |
|---|---|---|---|
| No OTCs to be Reconciled. | | | |

Allergies
   No Known Allergies

**New Laboratory Requests:**

| Details | Frequency | Due Date | Priority |
|---|---|---|---|
| Lab Tests - Short List-General-CBC w/diff<br>Lab Tests - Short List-General-Lipid Profile<br>Lab Tests - Short List-General-TSH<br>Lab Tests - Short List-General-Hemoglobin A1C<br>Lab Tests - Short List-General-Comprehensive Metabolic Profile (CMP) | One Time | 08/30/2022 00:00 | Routine |

             Labs requested to be reviewed by:        Brooks, Leslee PA-C

**Disposition:**

   Follow-up at Sick Call as Needed
   Follow-up at Chronic Care Clinic as Needed
   Discharged to Housing Unit-No Restrictions

**Other:**

   LIPIDS -- numbers are a bit worse, despite the atorvastatin
   *BMI up to 34, discussed
Generated 10/01/2021 09:51 by Pass, Randall (MAT) MD/CD        Bureau of Prisons - MAR

| Inmate Name:  COOK, GLENN PAUL<br>Date of Birth:  02/19/1962<br>Encounter Date: 10/01/2021 09:10 | Sex:    M    Race:  WHITE<br>Provider:  Pass, Randall (MAT) | Reg #:   24122-001<br>Facility:  MAR<br>Unit:     C04 |

\*has baseline EKG on chart
\*UTD with flu and COVID shots
\*Framingham risk score at 10%

Repeat labs on annual basis

Has f/u with Optometry scheduled, and may need cataract surgery at some point as well

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 10/01/2021 | Counseling | Plan of Care | Pass, Randall | Verbalizes Understanding |
| 10/01/2021 | Counseling | Test/X-ray Results | Pass, Randall | Verbalizes Understanding |

**Copay Required:** No          **Cosign Required:** No

**Telephone/Verbal Order:** No

Completed by Pass, Randall (MAT) MD/CD on 10/01/2021 09:51

# Bureau of Prisons
## Health Services
## Clinical Encounter

| | | |
|---|---|---|
| Inmate Name: COOK, GLENN PAUL | | Reg #: 24122-001 |
| Date of Birth: 02/19/1962 | Sex: M    Race: WHITE | Facility: MAR |
| Encounter Date: 05/09/2022 12:37 | Provider: McCollum, Charles OD | Unit: C04 |

Optometry - Optometry Exam encounter performed at Health Services.

**SUBJECTIVE:**

COMPLAINT 1        Provider:  McCollum, Charles OD

Chief Complaint: Eyes/Vision Problems

Subjective:    Glaucoma  wears CL for aniso  right eye  reviewed meds  uses latanoprost o.u.

Pain:        No

**Vision Screen on 05/09/2022 12:39**

**Blindness:**

Distance Vision:  Right Eye:          Left Eye:              Both Eyes:

Near Vision:     Right Eye:          Left Eye:              Both Eyes:

**With Corrective Lenses**

Distance Vision:  Right Eye: 20/200     Left Eye: 20/20         Both Eyes:

Near Vision:     Right Eye:          Left Eye:              Both Eyes:

**Present Glasses - Distance**

| | Sphere | Cylinder | Axis | Add |
|---|---|---|---|---|
| R: | -1.75 | | | |
| L: | -1.00 | -0.50 | 10 | |

**Refraction - Distance**

| | Sphere | Cylinder | Axis | Add |
|---|---|---|---|---|
| R: | | | | |
| L: | | | | |

**Color Test:**

**Tonometry:**  L:  16        R:  16

**Comments:**  iop Goldmann

wears CL right eye with above specs

**OBJECTIVE:**

**Exam:**

**Eyes**

**General**

Yes: PERRLA, Extraocular Movements Intact

**Visual Fields**

Yes: Normal Fields

**Conjunctiva and Sclera**

Yes: Within Normal Limits

**Cornea and Lens**

Yes: Cataract

**Fundus Exam**

Yes: Grossly Normal Retina

**Exam Comments**

| | | Reg #: | 24122-001 |
|---|---|---|---|
| Inmate Name: COOK, GLENN PAUL | Sex: M Race: WHITE | Facility: | MAR |
| Date of Birth: 02/19/1962 | Provider: McCollum, Charles OD | Unit: | C04 |
| Encounter Date: 05/09/2022 12:37 | | | |

c/d ratios 0.5 to 0.6 o.u.
macula o.s. clear
cataract right eye

**ASSESSMENT:**

Unspecified cataract, H269 - Current

Unspecified glaucoma, H409 - Current

**PLAN:**

Schedule:                                    <u>Date Scheduled</u>    <u>Scheduled Provider</u>
   <u>Activity</u>                               11/09/2022 00:00   Optometrist
   Clinical Encounter
        IOP
**Disposition:**
   Follow-up in 6 Months

**Other:**
   glaucoma

**Patient Education Topics:**                                          <u>Provider</u>        <u>Outcome</u>
   <u>Date Initiated</u>  <u>Format</u>        <u>Handout/Topic</u>        McCollum, Charles   Verbalizes
   05/09/2022   Counseling     Plan of Care                            Understanding

        glaucoma

                              **Cosign Required:** No
**Copay Required:** No
**Telephone/Verbal Order:** No
Completed by McCollum, Charles OD on 05/09/2022 12:45
Requested to be reviewed by Pass, Randall (MAT) MD/CD.
Review documentation will be displayed on the following page.

Page 2 of 2

Generated 05/09/2022 12:45 by McCollum. Charles OD          Bureau of Prisons - MAR

Reg #: 24122-001                    Inmate Name:  COOK, GLENN PAUL

**Vision Screen on** 05/09/2022 12:39

**Blindness:**

**Distance Vision:** OD:                    OS:                    OU:

**Near Vision:**    OD:                    OS:                    OU:

**With Corrective**

**Distance Vision:** OD: 20/200        OS: 20/20              OU:

**Near Vision:**    OD:                    OS:                    OU:

**Present Glasses - Distance**                    **Refraction - Distance**

|     | Sphere | Cylinder | Axis | Add |     | Sphere | Cylinder | Axis | Add |
|-----|--------|----------|------|-----|-----|--------|----------|------|-----|
| R:  | -1.75  |          |      |     | R:  |        |          |      |     |
| L:  | -1.00  | -0.50    | 10   |     | L:  |        |          |      |     |

**Color Test:**

**Tonometry:**  R:  16        L:  16

**Comments:**  iop Goldmann

wears CL right eye with above specs

**Orig Entered:**   05/09/2022 13:42 EST   McCollum, Charles OD

# Bureau of Prisons
## Health Services
## Clinical Encounter - Administrative Note

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | COOK, GLENN PAUL | | | Reg #: | 24122-001 |
| Date of Birth: | 02/19/1962 | Sex: | M    Race: WHITE | Facility: | MAR |
| Note Date: | 05/09/2022 14:24 | Provider: | Pass, Randall (MAT) | Unit: | C04 |

Review Note - Orders encounter performed at Health Services.
**Administrative Notes:**

    ADMINISTRATIVE NOTE    1      Provider:  Pass, Randall (MAT) MD/CD

       Optometry saw inmate and wanted him to continue current therapy for glaucoma, with recheck in 6 months

**Renew Medication Orders:**

| Rx# | Medication | Order Date |
|---|---|---|
| 165256-MAR | Latanoprost Ophth Soln 0.005% [2.5ml] | 05/09/2022 14:24 |

             **Prescriber Order:**    Place 1 drop in both eyes at bedtime x 365 day(s)

             Indication:  Unspecified glaucoma

**Copay Required:** No        **Cosign Required:** No
**Telephone/Verbal Order:**  No

Completed by Pass, Randall (MAT) MD/CD on 05/09/2022 14:25

# Bureau of Prisons
## Health Services
## Vision Screens

| Reg #: 24122-001 | Inmate Name:  COOK, GLENN PAUL |
|---|---|

**Vision Screen on** 10/07/2022 08:33

**Blindness:**

**Distance Vision:** OD:                    OS:                    OU:

**Near Vision:**    OD:                    OS:                    OU:

**With Corrective**

**Distance Vision:** OD:                    OS:                    OU:

**Near Vision:**    OD:                    OS:                    OU:

| **Present Glasses - Distance** | | | | | **Refraction - Distance** | | | |
|---|---|---|---|---|---|---|---|---|
| Sphere | Cylinder | Axis | Add | | Sphere | Cylinder | Axis | Add |
| R: | | | | | R: -6.00 | | | |
| L: | | | | | L: -1.00 | | | |

**Color Test:**

**Tonometry:**  R:  15          L:  17

**Comments:**  iop Goldmann
bcva
20/800
20/20

above refraction from autorefractor

**Orig Entered:**    10/07/2022 09:36 EST   McCollum, Charles OD



**MIDWEST** VISION CLINIC

Health Record

Health Services Department
1100 1 Mile Rd
Thomson, IL 61285

24122-001

Patient: Cook, Glenn Paul,   DOB: 02/19/1962
Date of Exam: 08/29/2023   Exam Doctor: Dr. Pook, Brian

**Reason for Visit**
     Annual Exam
Chief complaint: This is a 61 year old M who comes in for a chief complaint of DV and NV poor. CL OD due to high rx. No other acute complaints or concerns. Latanoprost OU PM..
     Location: , Severity: , Quality: , Duration:
     Timing: , Context: , Modifying: , Associated:
     Secondary complaints:
     Notes:

**Review of Ocular Systems:**
     Ocular History: glasses, CL OD
     Ocular Surgery: retinal detach sx, mac hole sx OD
     Ocular Meds: , Last eye exam: , Last appointment type:  By:
     Family Ocular History:
     Glaucoma: None, Cataracts: None, Macular Degeneration: None
     Retinal detachments: None, Crossed or Lazy eye: None Blindness: None
     Primary Vision Correction: None,
     Type of Contacts: None, Cleaner: , Wear time: , Disposal:
     Notes:

**Patient Medical History:**
     Diabetes: None(Year Dx:  Glucometry:  HbA1c: <HBA1C>), HTN: None, High cholesterol: Yes,
     Thyroid: None, Cardiovascular: None, Cancer: None, Other: None
     Injuries, Surgeries, Hospitalization: None
     Pregnant or Nursing: , Recent Tetanus shot: , Recent Flu Immunization:
     Notes:
     Primary Care Physician: , Last Visit: , Reason:
     Meds:
     Allergies:
     OTC: , Vitamins:
**Family Medical History:**
     Diabetes: None, HTN: None, High cholesterol.: None
     Thyroid: None, Cardiovascular.: None, Cancer: None

**Review of Systems:**
     A focused review of systems was performed and was notable for high cholesterol.
     Notes: None

**Social History:** ,
     Smoking status: Former smoker (no longer smokes), Type: , How long:
     Alcohol use: , Type: , How long:
     Illegal drugs: , Type: , How long:
     STDs: None

**Objective findings:**
     Entering Acuities:
     DVA OD: 20/ OS: 20/ OU: 20/
     NVA OD: 20/ OS: 20/ OU: 20/
     Previous Glasses Correction:
     OD: -1.75 DS X  Add: V Prism: H Prism:
     OS: 1.00 -0.50 X 004 Add:  V Prism: H Prism:

Age of glasses: Notes:
Acuities with Glasses Correction:
DVA OD: 20/ OS: 20/ OU: 20/
PH OD: 20/NI OS: 20/
NVA OD: 20/ OS: 20/ OU: 20/
VA Notes:
Previous Contact lens correction:
OD: / /-3.75 X
OS: / / X
Type: None, Wear time: , Cleaner: , Disposal:
Acuities with Contacts Correction:
DVA OD: 20/ OS: 20/ OU: 20/
NVA OD: 20/ OS: 20/ OU: 20/
Auto Refraction:
OD: -5.50 -1.25 X 135 VA OD sc: 20/
OS: -0.75 -0.75 X -0.50 VA OS sc 20/
Auto Keratometry:
OD: 40.75@150/42.25@60
OS: 42.00@15/42.25@105

Pretests
BP: / , Height: ft in, Weight:
Neuro: , Psych:
Confrontation VF: OD: Full OS: Full
Versions: OD: full OS: full
Color Test Result: OD: 0/6 OS: Ishihara Method: Ishihara
Pupils: OD , Direct: , Consensual: , APD:
Pupils: OS , Direct: , Consensual: , APD:
Phorias: Dist: H: V: Near H: V:
Amplitude of accomodation: OD: OS:
EOM: , NPC: , NRA: , MEM: , PRA: , FCC:
CT@DistH @DistV CT@NearH @NearV
Vergences Dist: Blur BI: BO: , Break BI: BO: Recovery BI: BO:
Vergences Near: Blur BI: BO: , Break BI: BO: Recovery BI: BO:
Stereo score: Method:
W4D@D: W4D@N:
Hirschberg: , Red Lens: , 4 BO: , 10 BD:
Glucometry: taken: , HbA1C taken:
Amsler OD: OS:
IOP: (NCT)15 OD, and 18 OS @ 09:49 AM
IOP 2: () OD, and OS @
IOP Notes:
Drops: @
Drops 2: @
Drops notes:
Dilated Macular/Fundus Exam: Retinal/Dilated Eye Exam:
Pretest notes:

Refractive Status
Manifest Refraction:
OD: -6.50 -0.75 X 005 Add: +2.00 VPrism: HPrism:
OS: -1.00 -0.25 X 075 Add: +2.00 VPrism: HPrism:
DVA OD:20/200 OS: 20/20 OU: 20/20
NVA OD: 20/20, OS: 20/20 OU: 20/20
NRA: PRA: MEM:
Refraction notes:
Cycloplegic Auto Refraction:
OD: X VPrism: HPrism:
OS: X VPrism: HPrism:
Cycloplegic Retinoscopy:
OD: X DVA: 20/
OS: X DVA: 20/
Final Rx:

OD: -6.50 -0.75 X 005 Add: +2.00 VPrism: HPrism:
OS: -1.00 -0.25 X 075 Add: +2.00 VPrism: HPrism:
Notes:
Correction: Wear:
Final Contact Lens Rx:
OD:    X Add:
OS:    X Add:
Notes:

Anterior Segment Exam:
    Adnexa: Ocular adnexa and nodes are normal OD, Ocular adnexa and nodes are normal OS
    Lids/lashes: Eyelids and lashes are clean, healthy and free of defects OD, Eyelids and lashes are clean, healthy and free
of defects OS
    Bulbar Conjunctiva: Healthy and white OD, Healthy and white OS
    Palpebral Conjunctiva: Clear OD, Clear OS
    Tear Meniscus: Adequate OD, Adequate OS
    Cornea: Corneal epithelium, stroma and endothelium are clear and healthy OD, Corneal epithelium, stroma and
endothelium are clear and healthy OS
    Anterior Chamber: Deep and free of cells and of flare OD, Deep and free of cells and of flare OS
    Angles: 4/4 OD, 4/4 OS
    Iris: Healthy, normal anatomy, and convexity OD, Healthy, normal anatomy, and convexity OS
    Lens: Cat, NSC* 2-3+ OD, Cat, NSC* 2-3+ OS
    Anterior notes:

Posterior Segment Exam:
    Vitreous: Clear for age OD, Clear for age OS
    Neural Rim: Good rim tissue, well perfused OD, Good rim tissue, well perfused OS
    C/D Ratio: 0.30 H / 0.30V OD, 0.30H / 0.30V OS
    Macula: Healthy macula, with no edema or degenerative pigmentation OD, Healthy macula, with no edema or
degenerative pigmentation OS
    Vessels: Clear, 2/3 A/V ratio OD, Clear, 2/3 A/V ratio OS
    Retina: No drusen, exudates, hemorrhage or evidence of retinopathy OD, No drusen, exudates, hemorrhage or evidence
of retinopathy OS
    Periphery: Healthy peripheral retinal structures and vasculature OD, Healthy peripheral retinal structures and vasculature
OS
    Posterior notes:

Assessment & Plan:
    1. Myopia, bilateral -
    2. Regular astigmatism, bilateral -
    3. Presbyopia -
    4. Age-related nuclear cataract, bilateral -
    5. -
    6. -
    7. -
    8. -
    9. -
    10. -
    11. -
    12. -
    Notes:

Patient Education:


Return Visit Scheduled:
    1 Year
    Referral to:
    Reason: Complete Eye Exam


Dr. Peck, Brian

Midwest Vision Clinic, PLC
425 S. 2nd Street
Clinton, IA 52732



Phone: 563-242-0223
Fax: 563-242-6864
For billing questions,
please call 309-421-3214

## Spectacle Prescription Release

| Patient: | **Cook, Glenn Paul** | Date: | **10/10/2023** |
|---|---|---|---|
| DOB: | **02/19/1962** | Prescription Date: | **9/29/2023** |
| Phone: | **(815) 259-1000** | Expiration Date: | **9/29/2025** |

| | Sphere | Cylinder | Axis | Vert Prism | Hori Prism | Add |
|---|---|---|---|---|---|---|
| OD | -6.50 | -0.75 | 005 | | | +2.00 |
| OS | -1.00 | -0.25 | 075 | | | +2.00 |

Notes:

**Notes and Recommendations:**

Signature: _Brian Peck_ , _OD_

Brian Peck, OD

License # 01959

Health Services Department
1100 1 Mile Rd
Thomson, IL 61285

24122-001

# Bureau of Prisons
## Health Services
## Cosign/Review

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | COOK, GLENN PAUL | | | Reg #: | 24122-001 |
| Date of Birth: | 02/19/1962 | Sex: | M | Race: | WHITE |
| Scanned Date: | 10/10/2023 10:18 EST | | | Facility: | TOM |

**Reviewed by Sbar, A. (MAT) MD on 10/10/2023 14:49.**

## Bureau of Prisons
## Health Services
## Cosign/Review

| | | | | Reg #: | 24122-001 |
|---|---|---|---|---|---|
| Inmate Name: | COOK, GLENN PAUL | Sex: | M | Race: | WHITE |
| Date of Birth: | 02/19/1962 | | | Facility: | TOM |
| Scanned Date: | 10/11/2023 08:36 EST | | | | |

Reviewed by Fateh Hyder, Syed (MAT) Regional Medical Director/NCRO on 10/25/2023 12:46.